# EXHIBIT 3

**Azure Power Global Limited Loss Chart**
**Class Period: June 15, 2021 through August 26, 2022**

**Lookback Price**

**$5.25**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eric Webb | 10/28/2021 | 90 | ($23.38) | ($2,104.20) | | | | | | | |
| | 12/9/2021 | 1 | ($17.98) | ($17.98) | | | | | | | |
| | 12/22/2021 | 300 | ($19.44) | ($5,832.00) | | | | | | | |
| | 12/27/2021 | 200 | ($16.78) | ($3,356.00) | | | | | | | |
| | 12/27/2021 | 35 | ($16.40) | ($574.00) | | | | | | | |
| | 1/13/2022 | 250 | ($15.40) | ($3,850.00) | | | | | | | |
| | 2/3/2022 | 11 | ($14.10) | ($155.10) | | | | | | | |
| | | 887 | | ($15,889.28) | | | | | 887 | $4,656.75 | ($11,232.53) |