UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON D. GILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, ALAN ROSLING, HARSH SHAH, and PAWAN KUMAR AGRAWAL,<br><br>       Defendants. | Case No.: 1:22-cv-07432-GHW<br><br>Hon. Gregory H. Woods |

### DECLARATION OF ADAM M. APTON IN SUPPORT OF SERAP LOKMAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Serap Lokman ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant attesting to her transactions of Azure Power Global Limited ("Azure" or the "Company") securities;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Azure securities;

**Exhibit C**: Press Release published August 30, 2022, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Gilbert v. Azure Power Global Limited, et. al.,* Case No. 1:22-cv-07432-GHW;

**Exhibit D**: Declaration signed by Movant in support of her lead plaintiff motion; and

**Exhibit E**: Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: October 31, 2022                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Serap Lokman and [Proposed] Lead Counsel for the Class*