# EXHIBIT B

| Client Name | Serap Lokman |
|---|---|
| Company Name | Azure Power Global Limited |
| Ticker Symbol | AZRE |
| Security Type | |
| Class Period Start | 06-15-2021 |
| Class Period End | 08-26-2022 |
| 90-DAY Lookback Period Start | 08-27-2022 |
| 90-DAY Lookback Period End | 10-31-2022 |
| 90-DAY Lookback Average | $ 05.26 |
| Pre Class Period Holdings | 450 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 18,638.13 |
| DURA LIFO* Total | $ 18,638.13 |
| Gross Shares Purchased | 4,741 |
| Net Shares Retained | 1,748 |
| Net Funds Expended | $27,166.47 |

### Serap Lokman

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-06-2021 | 495 | 19.85 | $ 9,825.75 | 10-06-2021 | 495 | | $ 20.26 | $ 10,028.70 | - | - | - | $ 05.26 | | -$ 202.95 | -$ 202.95 |
| 10-06-2021 | 5 | 19.85 | $ 99.25 | 10-07-2021 | 5 | | $ 20.41 | $ 102.05 | - | - | - | $ 05.26 | | -$ 02.80 | -$ 02.80 |
| 10-06-2021 | 495 | 19.95 | $ 9,875.25 | 10-07-2021 | 495 | | $ 20.41 | $ 10,102.95 | - | - | - | $ 05.26 | | -$ 227.70 | -$ 227.70 |
| 01-03-2022 | 500 | 18.17 | $ 9,085.00 | 03-01-2022 | 500 | | $ 18.48 | $ 9,239.55 | - | - | - | $ 05.26 | | -$ 154.55 | -$ 154.55 |
| 03-03-2022 | 600 | 16.83 | $ 10,098.00 | 03-07-2022 | 600 | | $ 17.67 | $ 10,602.00 | - | - | - | $ 05.26 | | -$ 504.00 | -$ 504.00 |
| 04-05-2022 | 930 | 17.05 | $ 15,856.50 | | | | | | - | 930 | 930 | $ 05.26 | $ 4,889.11 | $ 10,967.39 | $ 10,967.39 |
| 04-08-2022 | 676 | 16.14 | $ 10,910.64 | | | | | | - | 676 | 676 | $ 05.26 | $ 3,553.81 | $ 7,356.83 | $ 7,356.83 |
| 04-22-2022 | 110 | 14.79 | $ 1,626.90 | 05-25-2022 | 110 | | $ 15.11 | $ 1,662.10 | - | - | - | $ 05.26 | | -$ 35.20 | -$ 35.20 |
| 04-22-2022 | 192 | 14.79 | $ 2,839.68 | | | | | | - | 192 | 192 | $ 05.26 | $ 1,009.37 | $ 1,830.31 | $ 1,830.31 |
| 06-15-2022 | 94 | 11.51 | $ 1,081.94 | 06-17-2022 | 94 | | $ 12.91 | $ 1,213.54 | - | - | - | $ 05.26 | | -$ 131.60 | -$ 131.60 |
| 06-21-2022 | 644 | 11.92 | $ 7,676.48 | 06-23-2022 | 644 | | $ 12.32 | $ 7,934.08 | - | - | - | $ 05.26 | | -$ 257.60 | -$ 257.60 |
| Matched against pre class period holdings | | | | 03-01-2022 | 50 | | $ 18.48 | $ 923.96 | - | - | - | $ 05.26 | | | |
| Total: | 4,741 | | $78,975.39 | | 2,993 | | | $51,808.93 | | 1,798 | 1,798 | | $ 9,452.29 | $ 18,638.13 | $ 18,638.13 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.