# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Azure Power Global Limited
**Ticker:** AZRE
**Class Period:** June 15, 2021 to August 26, 2022
**Name:** Brendin James

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/16/2021 | 50 | $23.0000 | -$1,150.0000 | | $0.0000 | -$1,150.00 |
| 10/1/2021 | 25 | $23.0000 | -$575.0000 | | $0.0000 | -$575.00 |
| 1/20/2022 | 68 | $15.9000 | -$1,081.2000 | | $0.0000 | -$1,081.20 |
| 1/31/2022 | 32 | $15.7900 | -$505.2800 | | $0.0000 | -$505.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 175 | | | | **Subtotal:** | -$3,311.48 |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $917.88 |
| | | | $5.2450 | 175 | **Total:** | -$2,393.61 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between August 29, 2022 to October 28, 2022. Shares purchased on January 31, 2022 were purchased at the subscription price of $15.79 per share pursuant to Azure Power Global Limited's Rights Offering announced December 27, 2021.