UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON D. GILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, ALAN ROSLING, HARSH SHAH, and PAWAN KUMAR AGRAWAL,<br><br>Defendants. | Case No. 1:22-cv-07432-GHW |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF YANNICK SABOURIN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Yannick Sabourin ("Sabourin"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Sabourin's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Sabourin's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Chart setting forth Sabourin's financial interest in this litigation; |
| Exhibit B: | Press release published over *Business Wire* on August 30, 2022, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Sabourin; |
| Exhibit D: | Declaration executed by Sabourin; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 31, 2022.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman