# EXHIBIT A

**Azure Power Global Limited (AZRE)**
**Class Period: June 15, 2021 to August 26, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Days* Mean Price $5.2450 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yannick Sabourin | 11/17/2021 | 50 | $23.0000 | ($1,150) | | | | | | | |
| Yannick Sabourin | 12/9/2021 | 35 | $17.5000 | ($613) | | | | | | | |
| Yannick Sabourin | 6/15/2022 | 106 | $12.5190 | ($1,327) | | | | | | | |
| **Yannick Sabourin** | | **191** | | **($3,090)** | | | | | **191** | **$1,002** | **($2,088)** |

*Avg Closing Prices from August 29, 2022 to October 28, 2022