USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                        :

CARSON D. GILBERT, *Individually and On Behalf of* :
*All Others Similarly Situated*,                    :

                                                        :       1:22-cv-7432-GHW
                                    Plaintiff,     :
                                                        :             ORDER
                       -against-                :

AZURE POWER GLOBAL LIMITED, RANJIT  :
GUPTA, ALAN ROSLING, HARSH SHAH, and :
PAWAN KUMAR AGRAWAL,                  :

                                   Defendants. :

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On October 31, 2022, members of the putative class filed motions to serve as lead plaintiff and to appoint lead counsel. Any opposition to the motions for the appointment of lead plaintiff and the appointment of lead counsel is due no later than November 18, 2022. Any reply is due no later than November 29, 2022.

       Counsel for the named plaintiff is directed to serve a copy of this order on each of the defendants.

       SO ORDERED.

Dated: November 2, 2022
       New York, New York

                                                              _____
                                                                GREGORY H. WOODS
                                                            United States District Judge