UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON D. GILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, ALAN ROSLING, HARSH SHAH, and PAWAN KUMAR AGRAWAL,<br><br>Defendants. | Case No. 1:22-cv-07432-GHW |

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

On October 31, 2022, Yannick Sabourin ("Sabourin") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) appointing Sabourin as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Azure Power Global Limited securities between June 15, 2021 and August 26, 2022, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 21.

Having reviewed the competing motions before the Court, it appears that Sabourin does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Sabourin's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  November 14, 2022               Respectfully submitted,

                                        POMERANTZ LLP

                                        /s/ Jeremy A. Lieberman
                                        Jeremy A. Lieberman
                                        J. Alexander Hood II
                                        Thomas H. Przybylowski
                                        600 Third Avenue, 20th Floor
                                        New York, New York 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (917) 463-1044
                                        jalieberman@pomlaw.com
                                        ahood@pomlaw.com
                                        tprzybylowski@pomlaw.com

                                        *Counsel for Yannick Sabourin*

                                        PORTNOY LAW FIRM
                                        Lesley F. Portnoy

1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Yannick Sabourin*