UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON D. GILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, ALAN ROSLING, HARSH SHAH, and PAWAN KUMAR AGRAWAL,<br><br>Defendants. | Case No.: 1:22-cv-07432-GHW<br><br>**SUPPLEMENTAL DECLARATION OF SERAP LOKMAN IN FURTHER SUPPORT OF MOTION FOR LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL [DKT. NO. 14]**<br><br>Hon. Gregory H. Woods |

I, Serap Lokman, hereby declare as follow:

1. I respectfully submit this declaration in further support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. My residence in Turkey will not interfere with my participation in this litigation. I have a tourist visa that allows me to travel to the United States as frequently as I want and/or need. The visa allows me to stay in the United States for up to six months per visit. The visa is valid for approximately 9 years from today's date.

3. I am also physically able to travel to the United States and, in particular, New York without difficulty. I was in the United States earlier this month visiting Washington, D.C. and Philadelphia, Pennsylvania. There are also many available flights that I could take to John F. Kennedy International Airport if and when my presence is needed for this action.

4. I am committed to serving as the Lead Plaintiff in this action. I invested long-term in Azure Power Global Limited, and continued to buy shares as the price declined in hopes of averaging down my cost basis. If appointed as the Lead Plaintiff, I will do my best to ensure the greatest possible recovery for myself and the other shareholders who were damaged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 29, 2022.

                                                                                                                DocuSigned by:

                                                                                                                49F4D6D8C3284B0...
                                                                                                                Serap Lokman