

55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

December 2, 2022

**VIA CM/ECF**

The Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re:**    *Gilbert v. Azure Power Global Limited, et al.*
           No. 1:22-cv-07432-GHW

Dear Judge Woods:

My client, Ms. Serap Lokman, moved for lead plaintiff in the above-referenced action. Earlier today, counsel for Eric Webb (another movant for lead plaintiff) filed an unauthorized sur-reply suggesting that Ms. Lokman's tourist visa was "likely a B-2 visa" that did not permit her to enter into the country for litigation purposes. Dkt. No. 34 at 1. I have since provided Mr. Webb's counsel with proof (a photograph) of Ms. Lokman's visa which confirms that it is, in fact, a "B1/B2" visa. This means that Ms. Lokman's visa permits her to enter the country to participate in this litigation, as stated in her supplemental declaration dated November 29, 2022. Dkt. No. 32, ¶¶2-4.

Respectfully,

 s/ Adam M. Apton
Adam M. Apton

CC:    All counsel of record (via CM/ECF)