UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, ALAN ROSLING, and PAWAN KUMAR AGRAWAL,<br><br>  Defendants. | Case No. 1:22-cv-7432<br><br>Hon. Gregory H. Woods |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Serap Lokman ("Plaintiff"), voluntarily dismiss the claims against Harsh Shah in the above-captioned action (the "Action") without prejudice, and with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

DATED: February 22, 2023                Respectfully submitted,

                                                      **LEVI & KORSINSKY, LLP**

                                                    By: */s/ Shannon L. Hopkins*
                                                          Shannon L. Hopkins (SH-1887)
                                                          Gregory M. Potrepka (GP-1275)
                                                          Amanda Miller (to be admitted *pro hac vice*)
                                                          1111 Summer Street, Suite 403
                                                          Stamford, CT 06905
                                                          Telephone: (203) 992-4523

1

Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
amandamiller@zlk.com

*Lead Counsel for Plaintiff and the Class*