# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

SERAP LOKMAN, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AZURE POWER GLOBAL LIMITED,
RANJIT GUPTA, MURALI SUBRAMANIAN,
ALAN ROSLING, and PAWAN KUMAR
AGRAWAL,

    Defendants.

Case No. 1:22-cv-7432

Hon. Gregory H. Woods

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Lead Plaintiff Serap Lokman ("Plaintiff"), voluntarily dismiss the claims against Harsh Shah in

the above-captioned action (the "Action") without prejudice, and with each party agreeing to bear

their own costs.  Because this Notice of Voluntary Dismissal is being filed with the Court before

Defendants have served either an answer or a motion for summary judgment, Plaintiffs' dismissal

of the Action is effective upon the filing of this notice.

DATED: February 22, 2023

Respectfully submitted,

Plaintiff has stipulated to the dismissal of plaintiff's claims
against Defendant Harsh Shah without prejudice. The
Clerk of Court is directed to remove the name of
Defendant Harsh Shah from the caption of this case.

SO ORDERED.
Dated: February 23, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

LEVI & KORSINSKY, LLP

By: /s/ Shannon L. Hopkins
    Shannon L. Hopkins (SH-1887)
    Gregory M. Potrepka (GP-1275)
    Amanda Miller (to be admitted *pro hac vice*)
    1111 Summer Street, Suite 403
    Stamford, CT 06905
    Telephone: (203) 992-4523

1

2

Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
amandamiller@zlk.com

*Lead Counsel for Plaintiff and the Class*