**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, ALAN ROSLING and PAWAN KUMAR AGRAWAL, <br><br> Defendants. | Case No. 1:22-cv-7432 <br><br><br> Hon. Gregory H. Woods |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Serap Lokman hereby gives notice that she dismisses her individual claims asserted in the above-captioned action against defendant Alan Rosling with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 9, 2023

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

SO ORDERED.

Dated: _____, 2023

_____
Honorable Gregory H. Woods
United States District Judge

2