USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

|  |  |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:22-cv-7432 |
| v. | |
| AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, ALAN ROSLING and PAWAN KUMAR AGRAWAL, | Hon. Gregory H. Woods |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Serap Lokman hereby gives notice that she dismisses her individual claims asserted in the above-captioned action against defendant Alan Rosling with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 9, 2023

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Shannon L. Hopkins
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Lead Plaintiff and Lead Counsel
for the Class*

Lead Plaintiff Serap Lokman has voluntarily dismissed her individual claims against Defendant Alan Rosling under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to remove the name of Defendant Alan Rosling from the caption of this case.

SO ORDERED.

Dated: _____November 10 , 2023

_____

Honorable Gregory H. Woods
United States District Judge

2