**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> *v.* <br><br> AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, and PAWAN KUMAR AGRAWAL, <br><br> Defendants. | Case No. 1:22-cv-7432 <br><br> Hon. Gregory H. Woods <br><br> **DECLARATION OF BRIAN E. COHEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      My name is Brian E. Cohen and I am a partner at the law firm Dentons US LLP, attorneys for Azure Global Power Limited ("Azure").

2.      I submit this declaration in support of Azure's motion to dismiss the Second Amended Class Action Complaint.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Azure's Fiscal 2021 Form 20-F, filed on July 28, 2021.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Azure's August 30, 2021 Press Release.

5.      Attached hereto as **Exhibit C** is a true and correct copy of Azure's October 22, 2021 Press Release.

6.      Attached hereto as **Exhibit D** is a true and correct copy of Azure's November 11, 2021 Press Release.

7.      Attached hereto as **Exhibit E** is a true and correct copy of Azure's November 26, 2021 Form 6-K.

8. Attached hereto as **Exhibit F** is a true and correct copy of Azure's December 10, 2021 Press Release.

9. Attached hereto as **Exhibit G** is a true and correct copy of Azure's Q2 Fiscal 2022 Earnings Conference Call dated December 13, 2021.

10. Attached hereto as **Exhibit H** is a true and correct copy of Azure's January 3, 2022 Press Release.

11. Attached hereto as **Exhibit I** is a true and correct copy of Azure's February 25, 2022 Press Release.

12. Attached hereto as **Exhibit J** is a true and correct copy of Azure's Q3 Fiscal 2022 Press Release, dated February 25, 2022.

13. Attached hereto as **Exhibit K** is a true and correct copy of Azure's February 28, 2022 Press Release.

14. Attached hereto as **Exhibit L** is a true and correct copy of Azure's Q3 Fiscal 2022 Earnings Conference Call, dated February 28, 2022.

15. Attached hereto as **Exhibit M** is a true and correct copy of Azure's March 14, 2022 Press Release.

16. Attached hereto as **Exhibit N** is a true and correct copy of Azure's April 26, 2022 Form 6-K.

17. Attached hereto as **Exhibit O** is a true and correct copy of Azure's August 29, 2022 Press Release.

18. Attached hereto as **Exhibit P** is a true and correct copy of Azure's August 31, 2022 Investor Conference Call Presentation.

19.     Attached hereto as **Exhibit Q** is a true and correct copy of Azure's December 30, 2022 Form 6-K.

20.     Attached hereto as **Exhibit R** is a true and correct copy of Azure's Q2 Fiscal 2022 Earnings Conference Call, dated December 13, 2021.

21.     Attached hereto as **Exhibit S** is a true and correct copy of Azure's January 25, 2023 Press Release.

22.     Attached hereto as **Exhibit T** is a true and correct copy of Azure's January 25, 2023 Form 6-K.

23.     Attached hereto as **Exhibit U** is a true and correct copy of Azure's May 3, 2023 Press Release.

24.     Attached hereto as **Exhibit V** is a true and correct copy of Azure's July 13, 2023 Press Release.

25.     Attached hereto as **Exhibit W** is a true and correct copy of Azure's Fiscal 2022 Form 20-F, dated October 12, 2023.

26.     Attached hereto as **Exhibit X** is a true and correct copy of a presentation of Azure's Q1 Fiscal 2022 earnings call.

27.     Attached hereto as **Exhibit Y** is a true and correct copy of Azure's December 27, 2021 Form 6-K.

28.     Attached hereto as **Exhibit Z** is a true and correct copy of Azure's a chart listing and categorizing the statements challenged by Plaintiff.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge and information.

3

4

Dated:  March 22, 2024

                                                                                                /s/ *Brian E. Cohen*

4