

# EXHIBIT E

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of November, 2021**

**Commission File Number 001-37909**

---

# AZURE POWER GLOBAL LIMITED

---

**5th Floor, Southern Park, D-II,**
**Saket Place, Saket, New Delhi 110017, India**
**(Address of principal executive offices)**

---

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F. Form 20-F ☒ Form 40 F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1). ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7). ☐

<u>**Exhibit Index**</u>

Exhibit
Number    Description

99.1    Press Release dated November 26, 2021

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AZURE POWER GLOBAL LIMITED

Date: November 26, 2021

By: /s/ Ranjit Gupta

Name: Ranjit Gupta
Title: Principal Executive Officer

Exhibit 99.1



**Ebene, November 26, 2021:** At a meeting held on November 9, 2021, the Board of Directors of the Company approved the appointment of S.R. Batliboi & Co. LLP (member firm of Ernst and Young Global Limited) as its independent registered public accounting firm for the fiscal year ending March 31, 2022. At the same meeting, the Board of Directors of the Company approved the dismissal of Ernst & Young Associates LLP (the "Former Accounting Firm") as independent registered public accounting firm of the Company effective November 9, 2021. The audit committee of the Board of Directors approved the change in independent registered public accounting firms on September 30, 2021.

The reports of the Former Accounting Firm on the Company's financial statements for the past two fiscal years did not contain an adverse opinion or a disclaimer of opinion and were not qualified or modified as to uncertainty, audit scope, or accounting principles.

In connection with the audits of the Company's financial statements for each of the two fiscal years ended March 31, 2021, and in the subsequent interim period through November 9, 2021, there were no disagreements with the Former Accounting Firm on any matters of accounting principles or practices, financial statement disclosure, or auditing scope and procedures which, if not resolved to the satisfaction of the Former Accounting Firm would have caused the Former Accounting Firm to make reference to the matter in their report. A copy of resignation, dated November 11, 2021, is filed as **Exhibit I**.

**About Azure Power**
Azure Power (NYSE: AZRE) is a leading independent renewable power producer in India with a pan India portfolio of over 7 gigawatts. Azure Power developed India's first private utility scale solar project in 2009 and has been at the forefront in the sector as a developer, constructor and operator of utility scale renewable projects since its inception in 2008. With its in-house engineering, procurement and construction expertise and advanced in-house operations and maintenance capability, Azure Power manages the entire development and operation process, providing low-cost renewable power solutions to customers throughout India. For more information, visit: www.azurepower.com.

**For more information:**

Investor Contact
Vikas Bansal
ir@azurepower.com

Media Contact
Samitla Subba
pr@azurepower.com

**Exhibit I**

November 11, 2021

Mr. Ranjit Gupta
Chief Executive Officer

Azure Power Global Limited
5th Floor, Southern Park, D-II,
Saket Place, Saket, New Delhi 110017, India

Dear Mr. Ranjit:

This is to confirm that the client-auditor relationship between Azure Power Global Limited (Commission File Number 001-37909) and Ernst & Young Associates LLP has ceased.

Very truly yours,

/s/ Ernst & Young Associates LLP

cc: PCAOB Letter File

Office of the Chief Accountant

Securities and Exchange Commission

100 F Street, N.E.
Washington, D.C. 20549-7561
Sent via e-mail to: SECPSletters@sec.gov