# EXHIBIT H

# Azure Power fully commissions its 600 MWs SECI project, the largest owned and operated single site solar project in India

January 03, 2022

NEW DELHI, Jan. 3, 2022 /PRNewswire/ -- Azure Power (NYSE: AZRE), a leading independent sustainable energy solutions provider in India, today announced the successful commissioning of its largest project- 600 MWs Interstate Transmission System (ISTS) connected solar project, allocated by Solar Energy Corporation of India (SECI). The project is in Bikaner, Rajasthan and the power generated from the project will be supplied to SECI at a tariff of INR 2.53 (~US 3.5 cents) per kWh for 25 years. This is the largest solar power project in India, owned and operated at a single location by any developer.

Azure Power has commissioned this project in phases, with the last 100 MWs commissioned this month. Following this, Azure Power has 2510 MWs of high-performing operational solar assets spread across the country.

"It is an incredible way to start the new year. Since this project was initiated around the onset of Covid-19 in India, we faced several challenges amid lockdowns and safety concerns. Despite the challenges and while prioritising the health and safety of all our employees and communities, we have managed to deliver high performing assets and are extremely proud of achieving yet another milestone in our journey towards a more resilient and sustainable future," says **Ranjit Gupta, MD and CEO, Azure Power**.

## About Azure Power

Azure Power (NYSE: AZRE) is a leading independent sustainable energy solutions provider in India. Azure Power developed India's first private utility scale solar project in 2009 and has been at the forefront in the sector as a developer, constructor, and operator of utility scale renewable projects since its inception. With its in-house engineering, procurement and construction expertise and advanced in-house operations and maintenance capability, Azure Power manages the entire development and operation process, providing low-cost renewable power solutions to customers throughout India.

**Investor Contact**
ir@azurepower.com

**Media Contact:**
pr@azurepower.com



View original content:https://www.prnewswire.com/news-releases/azure-power-fully-commissions-its-600-mws-seci-project-the-largest-owned-and-operated-single-site-solar-project-in-india-301452600.html

SOURCE Azure Power

Powered by SITECORE