# EXHIBIT J
# Part II

**AZURE POWER GLOBAL LIMITED**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(INR and US$ amounts in millions, except share and par value data)

| | As of March 31, 2021 (INR) | As of December 31, 2021 (INR) | 2021 (US$) |
|---|---|---|---|
| | Audited | Unaudited | Unaudited |
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | 11,107 | 8,575 | 115.3 |
| Restricted cash | 4,881 | 4,812 | 64.7 |
| Accounts receivable, net | 4,887 | 5,482 | 73.7 |
| Prepaid expenses and other current assets | 2,190 | 1,993 | 26.9 |
| Assets classified as held for sale | 3,301 | 3,568 | 48.0 |
| **Total current assets** | **26,366** | **24,430** | **328.6** |
| Restricted cash | 170 | 433 | 5.8 |
| Property, plant and equipment, net | 108,847 | 132,073 | 1,775.3 |
| Software, net | 29 | 15 | 0.2 |
| Deferred income taxes | 1,748 | 2,018 | 27.1 |
| Right-of-use assets | 4,214 | 4,194 | 56.4 |
| Other assets | 7,084 | 2,937 | 39.4 |
| Investments in held to maturity securities | 7 | 6 | 0.1 |
| **Total assets** | **148,465** | **166,106** | **2,232.9** |
| **Liabilities and shareholders' equity** | | | |
| Current liabilities: | | | |
| Short-term debt | 8,943 | 20,457 | 275.0 |
| Accounts payable | 4,294 | 7,021 | 94.4 |
| Current portion of long-term debt | 4,658 | 7,113 | 95.6 |
| Income taxes payable | 46 | 535 | 7.2 |
| Interest payable | 1,530 | 715 | 9.6 |
| Deferred revenue | 110 | 109 | 1.5 |
| Lease liabilities | 283 | 291 | 3.9 |
| Other liabilities | 1,927 | 1,647 | 22.4 |
| Liabilities directly associated with assets classified as held for sale | 2,272 | 2,141 | 28.8 |
| **Total current liabilities** | **24,063** | **40,029** | **538.4** |
| **Non-current liabilities:** | | | |
| Long-term debt | 89,922 | 92,123 | 1,238.4 |
| Deferred revenue | 2,353 | 2,329 | 31.3 |
| Deferred income taxes | 2,046 | 1,922 | 25.8 |
| Asset retirement obligations | 811 | 980 | 13.2 |
| Leases liabilities | 3,359 | 3,421 | 46.0 |
| Other liabilities | 1,459 | 1,526 | 20.2 |
| **Total liabilities** | **124,013** | **142,330** | **1,913.3** |
| **Shareholders' equity** | | | |
| Equity shares, US$ 0.000625 par value; 48,195,962 and 48,332,573 shares issued and outstanding as of March 31, 2021, and December 31, 2021, respectively | 2 | 2 | 0.0 |
| Additional paid-in capital | 38,004 | 38,199 | 513.5 |
| Accumulated deficit | (12,786) | (13,001) | (174.8) |
| Accumulated other comprehensive loss | (972) | (1,630) | (21.9) |
| **Total APGL shareholders' equity** | **24,248** | **23,570** | **316.8** |
| Non-controlling interest | 204 | 206 | 2.8 |
| **Total shareholders' equity** | **24,452** | **23,776** | **319.6** |
| **Total liabilities and shareholders' equity** | **148,465** | **166,106** | **2,232.9** |

**AZURE POWER GLOBAL LIMITED**
**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS**
(INR and US$ amounts in millions, except share and per share data)

| | Three months ended December 31, | | | Nine months ended December 31, | | |
|---|---|---|---|---|---|---|
| | Unaudited 2020 INR | Unaudited 2021 INR | Unaudited 2021 US$ | Unaudited 2020 INR | Unaudited 2021 INR | Unaudited 2021 US$ |
| **Operating revenues:** | | | | | | |
| Revenue from customers[1] | 3,521 | 4,480 | 60.2 | 10,965 | 13,306 | 178.9 |
| **Operating costs and expenses:** | | | | | | |
| Cost of operations (exclusive of depreciation and amortization shown separately below) | 306 | 388 | 5.2 | 878 | 1,088 | 14.6 |
| General and administrative | 1,652 | 157 | 2.1 | 2,899 | 930 | 12.5 |
| Depreciation and amortization | 796 | 935 | 12.6 | 2,324 | 2,614 | 35.1 |
| Impairment loss | - | 151 | 2.0 | - | 191 | 2.6 |
| Total operating costs and expenses: | 2,754 | 1,631 | 21.9 | 6,101 | 4,823 | 64.8 |
| **Operating income** | **767** | **2,849** | **38.3** | **4,864** | **8,483** | **114.1** |
| **Other expense, net:** | | | | | | |
| Interest expense, net | 1,996 | 2,623 | 35.2 | 6,182 | 7,289 | 98.0 |
| Other expenses/(income), net | 9 | 14 | 0.2 | 18 | 16 | 0.2 |
| Loss (gain) on foreign currency exchange, net | — | (26) | (0.3) | 4 | (134) | (1.7) |
| Total other expenses, net | 2,005 | 2,611 | 35.1 | 6,204 | 7,171 | 96.5 |
| **Profit/ (loss) before income tax** | **(1,238)** | **238** | **3.2** | **(1,340)** | **1,312** | **17.6** |
| Income tax (expense)/benefit | 150 | (848) | (11.4) | (70) | (1,525) | (20.5) |
| **Net loss** | **(1,088)** | **(610)** | **(8.2)** | **(1,410)** | **(213)** | **(2.9)** |
| Less: Net (loss) / profit attributable to non-controlling interest | (4) | (17) | (0.2) | 1 | 2 | 0.0 |
| **Net (loss) / profit attributable to APGL equity Shareholders** | **(1,084)** | **(593)** | **(8.0)** | **(1,411)** | **(215)** | **(2.9)** |
| **Net (loss) / profit per share attributable to APGL equity Shareholders:** | | | | | | |
| Basic | (22.54) | (12.29) | (0.17) | (29.45) | (4.46) | (0.06) |
| Diluted | (22.54) | (12.29) | (0.17) | (29.45) | (4.46) | (0.06) |
| Shares used in computing basic and diluted per share amounts | | | | | | |
| Equity shares: Basic | 48,097,469 | 48,251,939 | 48,251,939 | 47,911,357 | 48,219,596 | 48,219,596 |
| Equity shares: Diluted | 48,097,469 | 48,251,939 | 48,251,939 | 47,911,357 | 48,219,596 | 48,219,596 |

[1] *Revenue from customers is in accordance with ASC 606, includes sale of power, other revenue items related to generation from solar power.*

**AZURE POWER GLOBAL LIMITED**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(INR and US$ amounts in millions)

| | Three months ended December 31, | | | Nine months ended December 31, | | |
|---|---|---|---|---|---|---|
| | Unaudited 2020 INR | Unaudited 2021 INR | Unaudited 2021 US$ | Unaudited 2020 INR | Unaudited 2021 INR | Unaudited 2021 US$ |
| **Cash flow from operating activities:** | | | | | | |
| Net loss | (1,088) | (610) | (8.2) | (1,410) | (213) | (2.9) |
| Adjustments to reconcile gain/(loss) to net cash from/ (used in) operating activities: | | | | | | |
| Deferred income taxes | (485) | 226 | 3.0 | (383) | 402 | 5.4 |
| Depreciation and amortization | 796 | 935 | 12.6 | 2,324 | 2,614 | 35.1 |
| Impairment loss | - | 151 | 2.0 | - | 191 | 2.6 |
| Adjustments to derivative instruments | 481 | 410 | 5.5 | 1,454 | 1,178 | 15.8 |
| Loss on disposal of property plant and equipment | 4 | 7 | 0.1 | 12 | 17 | 0.2 |
| Share based compensation | 1,330 | (177) | (2.4) | 1,924 | (296) | (4.0) |
| Amortization of debt financing costs | 82 | 123 | 1.7 | 268 | 551 | 7.4 |
| Employee benefits | 10 | (1) | (0.0) | 43 | (13) | (0.2) |
| ARO accretion | 11 | 14 | 0.2 | 31 | 40 | 0.5 |
| Non- cash rent expense | 103 | 70 | 0.9 | 129 | 122 | 1.6 |
| Allowance for doubtful accounts | 14 | (29) | (0.4) | 51 | (5) | (0.1) |
| Loan Prepayment charges | 23 | 623 | 8.4 | 257 | 623 | 8.4 |
| Foreign exchange loss /(gain), net | - | (26) | (0.3) | 4 | (134) | (1.8) |
| Change in operating lease right-of-use assets | (275) | (272) | (3.7) | (203) | (316) | (4.3) |
| Change in operating lease liabilities | 195 | 270 | 3.6 | (3) | 295 | 4.0 |
| Changes in operating assets and liabilities: | | | | | | |
| Accounts receivable, net | (119) | 227 | 3.1 | (129) | (656) | (8.8) |
| Prepaid expenses and other current assets | 14 | (423) | (5.7) | (200) | (158) | (2.1) |
| Other assets | 100 | (85) | (1.1) | (38) | 55 | 0.7 |
| Accounts payable | (26) | 160 | 2.2 | (147) | (668) | (9.0) |
| Interest payable | (826) | (138) | (2.0) | (1,112) | (800) | (10.8) |
| Deferred revenue | 10 | (6) | (0.1) | (3) | (25) | (0.3) |
| Other liabilities | 81 | 84 | 1.1 | (3) | 583 | 7.8 |
| **Net cash flows from operating activities** | **435** | **1,533** | **20.5** | **2,866** | **3,387** | **45.2** |
| **Cash flow from investing activities** | | | | | | |
| Purchase of property plant and equipment | (5,689) | (10,921) | (146.9) | (12,856) | (23,015) | (309.7) |
| Purchase of software | - | 6 | 0.1 | (7) | 14 | 0.2 |
| Sale of available for sale investments | - | - | - | - | 1 | 0.0 |
| Disposal of subsidiary | - | 60 | 0.8 | - | 184 | 2.5 |
| **Net cash flows used in investing activities** | **(5,689)** | **(10,855)** | **(146.0)** | **(12,863)** | **(22,816)** | **(307.0)** |
| **Cash flows from financing activities** | | | | | | |
| Proceeds net from issuance of 3.575% Solar Green bonds | - | (229) | (3.1) | - | 30,285 | 407.1 |
| Proceeds from equity shares | 118 | 95 | 1.3 | 389 | 118 | 1.6 |
| Repayments of term and other debt | (1,539) | (14,391) | (193.2) | (7,243) | (19,240) | (258.7) |
| Repayment of Green bonds | - | - | - | - | (37,069) | (498.3) |
| Loan prepayment charges | (23) | (623) | (8.4) | (257) | (623) | (8.4) |
| Proceeds from term and other debt | 6,418 | 18,904 | 254.1 | 15,441 | 43,621 | 586.4 |
| **Net cash provided by financing activities** | **4,974** | **3,756** | **50.7** | **8,330** | **17,092** | **229.7** |
| Effect of exchange rate changes on cash and cash equivalents and restricted cash | 65 | - | - | (18) | 7 | 0.4 |
| Net increase/ (decrease) in cash and cash equivalents and restricted cash | (280) | (5,566) | (74.8) | (1,667) | (2,337) | (31.7) |
| Cash and cash equivalents and restricted cash at the beginning of the period | 14,047 | 19,388 | 260.6 | 15,517 | 16,149 | 217.1 |
| Add: Cash and cash equivalents and restricted cash, held for sale at the beginning of the year | - | - | - | - | 9 | 0.1 |
| Less: Cash and cash equivalents and restricted cash, held for sale at the end of the period | - | (2) | 0.0 | - | (8) | (0.1) |
| **Cash and cash equivalents and restricted cash at the end of the period** | **13,832** | **13,820** | **185.8** | **13,832** | **13,820** | **185.8** |

**AZURE POWER GLOBAL LIMITED**
**Unaudited NON-GAAP metrices**
(INR and US$ amounts in millions)

**CASH FLOWS TO EQUITY (CFe)**

| | For the three months ended December 31, 2020 Unaudited | | | For the three months ended December 31, 2021 Unaudited | | | |
|---|---|---|---|---|---|---|---|
| | Total INR | Other INR | Operating INR | Total INR | Other INR | Operating INR | Operating US$ |
| Revenue from customers | **3,521** | - | 3,521 | **4,480** | - | 4,480 | **60.2** |
| Cost of operations | **306** | - | 306 | **388** | - | 388 | **5.2** |
| General and administrative | **1,652** | 1,536 | 116 | **157** | 3 | 154 | **2.1** |
| Depreciation and amortization | **796** | 10 | 786 | **935** | 7 | 928 | **12.5** |
| Impairment loss | **-** | - | - | **151** | - | 151 | **2.0** |
| **Operating income/(loss)** | **767** | **(1,546)** | **2,313** | **2,849** | **(10)** | **2,859** | **38.4** |
| Interest expense, net | **1,996** | 217 | 1,779 | **2,623** | 152 | 2,471 | **33.2** |
| Other expense, net | 9 | - | 9 | **14** | 14 | — | **-** |
| Loss/(gain) on foreign currency exchange, net | **-** | 3 | (3) | **(26)** | 15 | (41) | **(0.6)** |
| Profit/(Loss) before income tax | **(1,238)** | **(1,766)** | **528** | **238** | **(191)** | **429** | **5.8** |
| Add: Depreciation and amortization | **796** | 10 | 786 | **935** | 7 | 928 | **12.5** |
| Add: Impairment loss | **-** | - | - | **151** | - | 151 | **2.0** |
| Add: Loss/(gain) on foreign currency exchange, net | **-** | 3 | (3) | **(26)** | 15 | (41) | **(0.6)** |
| Add: Amortization of debt financing costs | **82** | 22 | 60 | **123** | 29 | 94 | **1.3** |
| Add: Other items from Statement of Cash Flows[1] | **1,495** | 1,357 | 138 | **507** | (178) | 685 | **9.2** |
| Less: Cash paid for income taxes | **(173)** | (44) | (129) | **(137)** | (106) | (31) | **(0.4)** |
| Less: Debt amortization[2] | **(149)** | - | (149) | **(274)** | - | (274) | **(3.7)** |
| Less: Maintenance capital expenditure[3] | - | - | - | - | - | - | - |
| **CFe** | **813** [4] | **(418)** | **1,231** | **1,517** [4] | **(424)** | **1,941** | **26.1** |

| | For the nine months ended December 31, 2020 Unaudited | | | For the nine months ended December 31, 2021 Unaudited | | | |
|---|---|---|---|---|---|---|---|
| | Total INR | Other INR | Operating INR | Total INR | Other INR | Operating INR | Operating US$ |
| Revenue from customers | 10,965 | - | 10,965 | 13,306 | - | 13,306 | 178.9 |
| Cost of operations | 878 | - | 878 | 1,088 | - | 1,088 | 14.6 |
| General and administrative | 2,899 | 2,458 | 441 | 930 | 434 | 496 | 6.7 |
| Depreciation and amortization | 2,324 | 29 | 2,295 | 2,614 | 21 | 2,593 | 34.9 |
| Impairment loss | - | - | - | 191 | - | 191 | 2.6 |
| **Operating income/(loss)** | 4,864 | (2,487) | 7,351 | 8,483 | (455) | 8,938 | 120.1 |
| Interest expense, net | 6,182 | 603 | 5,579 | 7,289 | 997 | 6,292 | 84.6 |
| Other expense, net | 18 | - | 18 | 16 | 16 | - | - |
| Loss/(gain) on foreign currency exchange, net | 4 | - | 4 | (134) | 18 | (152) | (2.0) |
| Profit/(Loss) before income tax | (1,340) | (3,090) | 1,750 | 1,312 | (1,486) | 2,798 | 37.5 |
| Add: Depreciation and amortization | 2,324 | 29 | 2,295 | 2,614 | 21 | 2,593 | 34.9 |
| Add: Impairment loss | - | - | - | 191 | - | 191 | 2.6 |
| Add: Loss/(gain) on foreign currency exchange, net | 4 | - | 4 | (134) | 18 | (152) | (2.0) |
| Add: Amortization of debt financing costs | 268 | 43 | 225 | 551 | 141 | 410 | 5.5 |
| Add: Other items from Statement of Cash Flows[1] | 2,447 | 1,962 | 485 | 488 | (325) | 813 | 10.9 |
| Less: Cash paid for income taxes | (447) | (131) | (316) | (508) | (410) | (98) | (1.3) |
| Less: Debt amortization[2] | (514) | - | (514) | (1,364) | - | (1,364) | (18.3) |
| Less: Maintenance capital expenditure[3] | - | - | - | - | - | - | - |
| CFe | 2,742 [4] | (1,187) | 3,929 | 3,150 [4] | (2,041) | 5,191 | 69.8 |

(1) *Other items from the Statement of Cash Flows.* For the quarter ended December 31, 2020 and December 31, 2021 respectively include: loss on disposal of property plant and equipment of INR 4 million and INR 7 million (US$ 0.1 million), share based c of INR 1,330 million and reversal of INR 177 million (US$ 2.4 million), non-cash rent expense of INR 103 million and IN (US$ 0.9 million), allowance for doubtful debts of INR 14 million and reversal of INR 29 million (US$ 0.4 million), emp expense of INR 10 million and reversal of INR 1 million (US$ 0.0 million), loan repayment charges of INR 23 million and INF (US$ 8.4 million) and ARO accretion of INR 11 million and INR 14 million (US$ 0.2 million).
For the nine months ended December 31, 2020 and December 31, 2021 respectively, Other items include: loss on disposal of p and equipment of INR 12 million and INR 17 million (US$ 0.2 million), share based compensation of INR 1,924 million an INR 296 million (US$ 4.0 million), non-cash rent expense of INR 129 million and INR 122 million (US$ 1.6 million), allowance debts of INR 51 million and reversal of INR 5 million (US$ 0.1 million), employee benefit expense of INR 43 million and rev 13 million (US$ 0.2 million), loan repayment charges of INR 257 million and INR 623 million (US$ 8.4 million) and ARO INR 31 million and INR 40 million (US$ 0.5 million).

(2) Debt Amortization: Repayments of term and other loans during the quarter ended December 31, 2021, was INR 14,392 million million) *(refer to the Statement of Cash Flows)* which includes INR 14,118 million (US$ 189.8 million) related to refinanc extinguishment, repayment of debt and payments for hedge and have been excluded to determine debt amortization of INR (US$ 3.7 million). Repayments of term and other loans during the quarter ended December 31, 2020, was INR 1,539 million Statement of Cash Flows) which includes INR 1,390 million related to refinancing of loans or early repayment of debt before have been excluded to determine debt amortization of INR 149 million.

Repayments of term and other loans during the nine months ended December 31, 2021, was INR 56,310 million (US$ 757.0 m *to the Statement of Cash Flows)* which includes INR 55,946 million (US$ 738.6 million) related to refinancing of loans, ext repayment of debt and payments for hedge and have been excluded to determine debt amortization of INR 1,364 million (US$ 1

Repayments of term and other loans during the nine months ended December 31, 2020, was INR 7,243 million (refer to the Cash Flows) which includes INR 6,729 million related to refinancing of loans or early repayment of debt before maturity an excluded to determine debt amortization of INR 514 million. Further, the amount for nine months does not include repayment of amounting to INR 295 million (US$ 4.0 million) relating to Capital expenditure relating to re-powering of certain existing p Repayment term of these loan was 3 years. The amount for nine months includes INR 782 million (US$ 10.5 million) relating to of buyer's credit.

(3)  *Classification of Maintenance capital expenditures and Growth capital expenditures*

All our capital expenditures are considered Growth Capital Expenditures. In broad terms, we expense all expenditures in the current period that would primarily maintain our businesses at current levels of operations, capability, profitability or cash flow in operations and maintenance and therefore there are no Maintenance capital expenditures. Growth capital expenditures primarily provide new or enhanced levels of operations, capability, profitability or cash flows.

*(4)  Reconciliation of total CFe to GAAP Cash from Operating Activities:*

| | For the three months ended December 31, 2020 Unaudited | For the three months ended December 31, 2021 Unaudited | For the nine months ended December 31, 2020 Unaudited | For the nine months ended December 31, 2021 Unaudited |
|---|---|---|---|---|
| **CFe (Non-GAAP)** | 813 | 1,517 | 2,742 | 3,150 |
| *Items included in GAAP Cash from Operating Activities but not considered in CFe* | | | | |
| Change in operating assets and liabilities as per statement of cash flows | (766) | (181) | (1,632) | (1,669) |
| Current income taxes | (335) | (622) | (453) | (1,123) |
| Prepaid lease payments and employee benefits | (80) | (2) | (206) | (21) |
| Amortization of hedging costs | 481 | 410 | 1,454 | 1,178 |
| *Items included in CFe but not considered in GAAP Cash Flow from Operating Activities:* | | | | |
| Debt amortization | 149 | 274 | 514 | 1,364 |
| Cash taxes paid | 173 | 137 | 447 | 508 |
| **Cash from Operating Activities (GAAP)** | 435 | 1,533 | 2,866 | 3,387 |

**Reconciliation of Net (Loss)/Profit to Adjusted EBITDA for the periods indicated:**

| | Unaudited | | | Unaudited | | |
|---|---|---|---|---|---|---|
| | Three months ended December 31, | | | Nine months ended December 31, | | |
| | 2020 | 2021 | 2021 | 2020 | 2021 | 2021 |
| | INR | INR | US$ | INR | INR | US$ |
| **Net Loss** | **(1,088)** | **(610)** | **(8.2)** | **(1,410)** | **(213)** | **(2.9)** |
| Income tax (benefit)/expense | (150) | 848 | 11.4 | 70 | 1,525 | 20.5 |
| Interest expense, net | 1,996 | 2,623 | 35.2 | 6,182 | 7,289 | 98.0 |
| Depreciation and amortization | 796 | 935 | 12.6 | 2,324 | 2,614 | 35.1 |
| Loss/ (gain) on foreign currency exchange, net | - | (26) | (0.3) | 4 | (134) | (1.7) |
| Other expenses/(income), net | 9 | 14 | 0.2 | 18 | 16 | 0.2 |
| Impairment loss | - | 151 | 2.0 | - | 191 | 2.6 |
| **Adjusted EBITDA** | **1,563** | **3,935** | **52.9** | **7,188** | **11,288** | **151.8** |

**Statement of beneficial ownership:**

| Name | Number of shares beneficially owned | (%) |
|---|---|---|
| **Directors and Officers:** | | |
| Alan Rosling | - | - |
| Cyril Sebastien Dominique Cabanes (Director) | - | - |
| Yung Oy Pin (Jane) Lun Leung (Director) | - | - |
| Deepak Malhotra (Director) | - | - |
| Arno Harris (Director) | 14,895 | 0.03% |
| Muhammad Khalid Peyrye (Director) | - | - |
| Supriya Prakash Sen (Director) | - | - |
| M S Unnikrishnan (Director) | - | |
| Ranjit Gupta (CEO & Director) | - | (1) |
| Murali Subramanian (COO) | - | (1) |
| Pawan Kumar Agrawal (CFO) | 30,569 | 0.06% |
| Kapil Kumar | 3,000 | 0.01% |
| Gaurang Sethi | 3,183 | 0.01% |
| Samitla Subba | 2,636 | 0.01% |
| Akriti Gandotra | 3,000 | 0.01% |
| Kuldeep Jain | 5,000 | 0.01% |
| Sarvesh K Singh | 3,000 | 0.01% |

[1] *As of December 31, 2021, the Company has issued 1,875,000 Stock Appreciation Rights "(SAR's")* to Mr Ranjit Gupta *(CEO) and Mr Murali Subramanian (COO).*