# EXHIBIT M

# Azure Power fully commissions its 300 MWs SECI project, Rajasthan 8, in Bhadla, Rajasthan

March 14, 2022

NEW DELHI, March 14, 2022 /PRNewswire/ -- Azure Power (NYSE: AZRE), a leading sustainable energy solutions provider and power producer in India, announced full commissioning of its 300 MWs Interstate Transmission System (ISTS) connected solar power project, Rajasthan 8, allocated by Solar Energy Corporation of India (SECI). The project is in Bhadla, Rajasthan and the power generated from the project is being supplied to SECI at tariff of INR 2.58 (~US $3.7 cents) per kWh for 25 years.

Following this, Azure Power has now operationalized 2,683 MWs of high-performing renewable energy assets in India.

"We are extremely delighted with the progress we have made in operationalizing our under-construction projects, despite the health and supply chain challenges in the last two years. We have operationalized close to 700 MWs in this fiscal year so far, which reflects our strong project development and execution capabilities," says **Ranjit Gupta, MD and CEO, Azure Power**.

**About Azure Power**

Azure Power is a leading independent sustainable energy solutions provider, and power producer in India on a mission to create value for all stakeholders through high-performance Renewable Energy assets.

We developed India's first utility scale solar project in 2009 and since then, Azure Power has grown rapidly to become a leader in developing and operating large utility-scale renewable energy projects in the country.

We also partner with commercial and industrial customers in their decarbonization journey by providing comprehensive solutions for their clean energy needs.

For more information about us, visit: www.azurepower.com

**Investor Contact**
ir@azurepower.com

**Media Contact**
pr@azurepower.com



View original content:https://www.prnewswire.com/news-releases/azure-power-fully-commissions-its-300-mws-seci-project-rajasthan-8-in-bhadla-rajasthan-301501605.html

SOURCE Azure Power