# EXHIBIT Z

| Second Amended Complaint Alleged Misrepresentation or Omission | Plaintiff's Factual Allegation(s) | Why the Statement is Not an Actionable Misrepresentation or Omission |
|---|---|---|
| **I.   Risk Disclosures in Azure's 2021 20-F**<br><br>Plaintiff claims the following risk disclosures contained in Azure's 2021 Form 20-F were false when made.<br><br>**SAC ¶ 108**:<br><br>*Any damages caused by fraud or other misconduct by our employees could adversely affect our business, results of operations and financial condition.*<br><br>[]…*we may not be safeguarded against all fraud or misconduct by employees or outsiders, unauthorized transactions by employees and operational errors. Employee or executive misconduct could also involve the improper use or disclosure of confidential information, data breach or other illegal acts, which could result in regulatory sanctions and reputational or financial harm…*[]<br><br>*"Employee or executive misconduct could also involve the improper use of disclosure of confidential information, data breach or other illegal acts, which could result in regulatory sanctions and reputational or financial harm.*<br><br>[]*... [C]ertain internal control processes are carried out manually, which may increase the risk that human error, tampering or manipulation will result in losses that may be difficult to detect.* | **I.   Plaintiff's Factual Allegations**<br><br>**SAC ¶ 109**:<br><br>**a**. Azure received whistleblower complaints in June and July 2021 against "Key Managerial Personnel," concerning "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, [and] payment of kickbacks" in relation to the acquisition and use of land in Rajasthan.  Defendants later disclosed in the 2022 Form 20-F that certain executives at Azure (Plaintiff believes to be Gupta and Subramanian), were engaged in a scheme to provide illegal payments to win new projects; and<br><br>**b**. Thus, as of the 2021 Form 20-F, the above risk had materialized and Defendants had a duty to disclose that Azure's employees had engaged in fraud and misconduct that materially impacted Azure's business.<br><br>Plaintiff's other recycled allegations are addressed in Sections II – VI below. | **I.   Why Azure's Risk Disclosures in the 2021 20-F Were Accurate and Not Misleading**<br><br>A risk disclosure can only constitute a misrepresentation when it represents as a risk an event that the issuer knows has already transpired when the disclosure was made.  No particularized factual allegations show that Defendants were aware of any fraud, violation of law, employee or outsider misconduct, or internal control deficiencies when the 2021 Form 20-F was filed on July 28, 2021.  (Dfs.' Mem., 21-24.)<br><br>• The First Whistleblower Reports were received in June and July of 2021 and were investigated by the Company and none of the claims were substantiated. (*Id.*)<br><br>• The Company's decision to implement enhancements to its compliance program *after* its investigation of the First Whistleblower reports do not make risk disclosures about its internal controls false and are not evidence that existing controls were inadequate, nor does it make disclosures about prior control systems false or misleading.  (*Id.*)<br><br>• The Company's discovery of internal control deficiencies and its receipt of allegations about "illegal payments" (SAC ¶ 112(a)-(b)) a year after these statements were made does not show that such issues existed and were known to exist in July 2021.  Courts regularly reject such hindsight arguments. (*Id.*) |

1

| | | |
|---|---|---|
| **SAC ¶ 110**:<br><br>[] *... Our existing operations, personnel, systems, and internal controls may not be adequate to support our growth and expansion and may require us to make additional unanticipated investments in our infrastructure...* []<br><br>**SAC ¶ 111**:<br><br>*Any historic or future violations of these laws, regulations and procedures by our employees, independent contractors, subcontractors and agents could be costly and time-consuming to investigate and expose us to administrative, civil or criminal penalties or fines (including under U.S. and Indian laws and regulations as well as foreign laws). If we were to be investigated for, charged with, or convicted of, violating these laws and regulations, our reputation could be harmed and it could cause some of our investors to sell their interests in our company to be consistent with their internal investment policies or to avoid reputational damage, and some investors might forego the purchase of our equity shares, all of which may negatively impact the trading prices of our equity shares. In addition, any administrative, civil or criminal penalties or fines could have a material adverse effect on our business results of operations and cash flows."* | | |

2

| II. **Statements About General Compliance in the 2021 Form 20-F** | II. **Plaintiff's Factual Allegations** | II. **Why Azure's General Compliance Statements in the 2021 20-F Were Accurate and Not Misleading** |
|---|---|---|
| Plaintiff claims the following general compliance statements contained in Azure's Fiscal 2021 Form 20-F were false when made.<br><br>**SAC ¶ 111:**<br><br>[] … *We have developed and implemented formal controls and procedures to ensure that we are in compliance with the FCPA as well as anti-corruption, anti-bribery and anti-facilitation payment laws…* [] | **SAC ¶ 112:**<br><br>**a.** Azure received several whistleblower complaints in June and July 2021 against "Key Managerial Personnel," concerning "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, and payment of kickbacks" in relation to the acquisition and use of land in Rajasthan. Defendants later disclosed in the 2022 Form 20-F that certain executives at Azure (Plaintiff believes to be Gupta and Subramanian), were engaged in a scheme to provide illegal payments to win new projects, in direct violation of the above regulations;<br><br>**b.** As a result of Defendants' admitted participation in a kickback scheme, Azure did not have internal controls over its projects;<br><br>**c.** Defendants further revealed that Azure identified "potential misrepresentations made by former executives" to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project where these former executives, (upon information and | Statements that generally speak to efforts to comply with U.S.anti-bribery, anti-corruption and FCPA laws are the type of puffery courts find inactionable. (Dfs.' Mem. at 25 – 26.)<br><br>• There are no allegations that the Company had been found to have violated any of the cited U.S. laws at the time the statement was made (or any time after). (*Id.*)<br><br>• Disclosures about what the Company discovered *after* its thorough investigation in 2022 are not relevant to what the Company knew or believed in July of 2021. (*Id.*)<br><br>• The investigation in 2022 did not identify evidence of any violation of the laws cited in the 2021 20-F. (*Id.*)<br><br>• Declarations of fraud without any supporting factual allegations. ("Thus the above risk had materialized"); ("Defendants admitted participation in a kickback scheme"). (*Id.*) |

3

| | | |
|---|---|---|
| | belief, Gupta and Subramanian) "may have circumvented internal policies in connection with the approval of another transaction related to another wind project;"<br><br>**d.** Defendants admit their internal controls were inadequate; and<br><br>**e.** Thus, as of the 2021 Form 20-F, the above risk had materialized, and Defendants had a duty to disclose that Azure's employees had engaged in fraud and misconduct that materially impacted Azure's business.<br><br>Plaintiff's other recycled allegations are addressed in Sections I above and III – VI below. | |

4

| III. **Statements About Azure's Commitment to Safety** | III. **Plaintiff's Factual Allegations** | III. **Why Statements About Azure's Commitment to Safety are Not Actionable** |
|---|---|---|
| Plaintiff claims the following statements related to Azure's commitment to safety were false when made during an August 31, 2021 Earnings call, December 13, 2021 Earnings Call, and February 28, 2022 Earnings Call.<br><br>**SAC ¶¶ 116, 139**:<br><br>We highlighted our ISO-45001 certification earlier this year, *which demonstrates Azure's focus on occupational health and safety*.<br><br>I'm happy to report we have also recently won the Greentech Effective Safety Culture Award for 2021 from Greentech Foundation, *which signifies the efforts we have put in to ensure safety culture is embedded across our project locations and sites*.<br><br>**SAC ¶ 153**:<br><br>We are extremely proud of where we play in ensuring a better world for our communities, which are so important for our business. *Similarly, safety is one aspect that is paramount to us. The awards that we won for our safety culture, as I reported last time, demonstrate our efforts in this area*. We continue to be rated highly on ESG, with AA rating by MSCI and low-risk categorization by Sustainalytics. | **SAC ¶ 117, 140, 154**: The above statements were materially false, misleading, and/or lacked a reasonable basis when made when made because, as Defendants confirmed in the August 29, 2022 Press Release and during the August 31, 2022 Special Call, Azure "discovered deviations from safety and quality norms" requiring Azure to "strengthen our safety and quality protocols at this plant, but also across our other operations." Further, by touting Azure's ISO 45001 certification and Greentech Effective Safety Culture Award, Defendants communicated Azure was in compliance with the international standards and had systems in place that were closely monitored by management to minimize risk and injuries in 2021 and those processes were still in place and functioning at the highest levels in Fiscal 2022.<br><br>Plaintiff's other recycled allegations are addressed in Sections I – II above and IV – VI below. | Statements that are aspirational and speak generally about a company's goals are inactionable puffery. (Dfs.' Mem. at 26-28.)<br><br>• The Company's disclosure in 2022 that it discovered "deviations" from "safety and quality" norms at *one* out of 45 projects does not reasonably support a claim that its earlier general statements about commitment to safety are false. (*Id.*)<br><br>• None of the statements about the Company's commitment to health and safety guarantee that such issues will not later arise. (*Id.*) |

5

| IV. Statements About Azure's Megawatts (MW) Operating and Kilowatts (kWh) Generation | IV. Plaintiff's Factual Allegations | IV. Why Azure's Statements About Azure's Megawatts (MW) Operating and Kilowatts (kWh) Generation Were Accurate and Not Misleading |
|---|---|---|
| Plaintiff claims the following operating metrics reported in Press Releases and in Earnings Calls for Fiscal Year 2022 from August of 2021 to March of 2023 were false.<br><br>**SAC ¶ 113**. Aug. 30, 2021 Press Release:<br><br>Fiscal First Quarter 2022 ended June 30, 2021 Operating Highlights:<br><br>*Megawatts ("MW") Operating\* were 2,052 MWs*, as of June 30, 2021, an increase of 23% over June 30, 2020....<br><br>**SAC ¶ 114**. Aug. 30, 2021 Press Release Earnings Call:<br><br>*Electricity generation during the quarter ended June 30, 2021 was 1,112 million kWh, an increase of 228 million kWh or 25.8%, over the quarter ended June 30, 2020.*<br><br>**SAC ¶ 118**. August 31, 2021 Earnings Call:<br><br>*[t]oday, we have 23% more megawatts operating than we did at the same time last year[.]"*<br><br>**SAC ¶ 119:**<br><br>As of 30 June 2021, *we were operating 2,052 megawatts on a PP or AC basis, which is 23% higher than what we were operating a year before. Our portfolio of 6,955 megawatts remained stable from the previous quarter.*<br><br>**SAC ¶ 126**. December 10, 2021 Press Release:<br><br>*Megawatts ("MW") Operating\* were 2,210 MWs, as of September 30, 2021, an increase of 31% over September* | **SAC ¶¶ 115(a), 120(a), 128(a), 136(a), 145(a), 150(a), 156(a):**<br><br>Defendants admittedly had to restate for Fiscal 2022, "reported" MWs Operating downward to 2,666 for Fiscal 2022 as result of data manipulations and improper payments reported in the Second and Third Whistleblower Complaints discussed above. | There are no facts plead demonstrating that any MW Operating or kWh number challenged by Plaintiffs was false or ever had to be restated.<br><br>● Plaintiff does not identify any Megawatts number for Fiscal 2022 number that it contends was "restated" "downward to 2,666."<br><br>   o The Company delayed the filing of its Fiscal 2022 financials and there was nothing to "restate." (Dfs.' Mem. at 28-33.)<br><br>   o The only number that Plaintiffs have challenged higher than the 2,666 MW Operating is the March 14, 2022 Press Release reporting of 2,863 Megawatts Operating, a mere immaterial difference of 17 MW or 0.68%. (*Id.*)<br><br>   o Forward looking guidance provided by the Company in early 2022 predicting higher MW Operating explicitly stated that the numbers provided were based on "**expectations**" and that they are "**forward-looking and actual results may differ materially.**" (Ex. J, Dfs' Mem. at 28-33.) Those statements are protected under the "bespeaks caution" doctrine and by the PSLRA's Safe Harbor. (Dfs.' Mem. at 28-33.)<br><br>● No facts are alleged that any kWh number is false or misleading. Plaintiff simply bolds and underlines |

6

| | | |
|---|---|---|
| *30, 2020. Operating, Contracted & Awarded MWs\* were 6,955 MWs, as of September 30, 2021…* | | Azure's reports on electricity generation in kWh and labels them as "materially false" and "misleading" without any explanation. (SAC ¶¶ 114, 127 and 144, Dfs.' Mem. at 32-33.) |
| **SAC ¶ 127**. December 10, 2021 Press Release: | | |
| *Electricity generation during the quarter and six-months ended September 30, 2021 was 1,001 million kWh and 2,113 million kWH, respectively, an increase of 231 million kWh or 30%, over the quarter ended September 30, 2020, and an increase of 460 million kWH or 28%, over the six months ended September 30, 2020.* | **SAC ¶¶ 115(f), 120(f), 128(e), 136(f), 145(f), 150 (f), 152(d)**: <br><br> Azure disclosed in January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process. | Azure's disclosure in the 2022 20-F after extensive investigation of the Second and Third whistleblower allegations that management identified certain "material weaknesses" in its operations does not support Plaintiff's conclusion that MW Operating and kWh were misrepresented. (Dfs.' Mem. at 28-33.) |
| **SAC ¶ 134**. December 13, 2021 Earnings Call: <br><br> *Azure "had 31% more megawatts operating in quarter 2 this year than we did at the same time last year."* | | |
| **SAC ¶ 135**: <br><br> As of September 30, 2021, *we were operating 2,210 megawatts on a PPA or AC basis, which is 31% higher than what we were operating a year before. Our portfolio was stable at 6,955 megawatts at the end of quarter, which further increased to 7,255 megawatts subsequent to the quarter end with our recent wins.* | | |
| **SAC ¶ 143**. February 25, 2022 Press Release: <br><br> *Megawatts ("MWs") Operating\* were 2,523 MWs, as of December 31, 2021, an increase of 37% over December 31, 2020. Operating, Contracted & Awarded MWs\* were 7,425 MWs, as of December 31, 2021.* | **SAC ¶¶ 115(d), 120(d), 122(d), 125(d), 128(d), 145(d), 150(d), 156(d)**: <br><br> As Defendants admitted on August 29, 2022, August 31, 2022, January 25, 2023 and in the 2022 Form 20-F, for the last three years, there was affirmative "evidence of manipulation and misrepresentation | Plaintiff cherry picks and misleadingly combines out-of-context snippets from the Company's Press Releases and 2022 20-F to try to create a false narrative regarding the Company's actual findings in its investigations of the Second and Third Whistleblower Complaints relating to project data. (Dfs.' Mem. at 33-34.) <br><br> • There is no factual basis for the claim that "corrupt payments" existed at four large projects or that any "corrupt payments" were related to data inconsistencies. (*Id.*) |
| **SAC ¶ 144:** <br><br> *Electricity generation during the quarter and nine-months ended December 31, 2021, was 1,068 million kWh and* | | |

7

*3,181 million kWh, respectively, an increase of 284 million kWh or 36%, over the quarter ended December 31, 2020, and an increase of 744 million kWh or 31%, over the nine months ended December 31, 2020.*

**SAC ¶ 148**. February 28, 2022 Earnings Call:

*We had 37% more megawatts operating in quarter 2 — quarter 3 this year than we did at the same time last year.*

**SAC ¶ 149**:

*As of December 31, 2021, we were operating 2,523 megawatts on a PPA or AC basis, which is 37% higher than what we were operating a year before. Our portfolio was at 7,425 megawatts at the end of the quarter, which includes signed PPAs for 2,933 megawatts and another 1,537 megawatts for which PPAs are awaited.*

**SAC ¶ 155**. March 14, 2022 Press Release:

Following this, *Azure Power has now operationalized 2,683 MWs of high-performing renewable energy assets in India.*

---

of project data by some employees," including "corrupt payments" and "failures to provide accurate information both internally and externally," related to at least four large projects which Defendants viewed as "serious issues," and were forced to report to the SEC and DOJ.

- - - - - - - - - - - - - - - - - - - - - -

**SAC ¶¶ 115(e), 120(e), 128(e), 130(a), 133(a), 136(e), 138(a), 142(a), 145(e), 147(a), 150(e), 152(a), 156(e)**:

Defendants admitted in the January 25, 2023 Press Release and in the 2022 Form 20-F that, with respect to at least one customer, Azure incurred "shortfalls in generation" from not "timely commissioning [] the full capacity required under the PPA," resulting in "shortfalls in generation," subjecting the Company to overstating reported megawatts and liquidated damages under the customer PPA estimated at US $5.2 million.

All of Plaintiff's other recycled allegations are addressed in Sections I – III above and V – VI below.

---

- The actual findings of the Company's investigation into these issues found no evidence of improper or corrupt payments. (*Id.*)

Although the Company found failures to provide accurate information internally or externally at *one* project that was the subject of the Second Whistleblower report, there were *no findings* that such failures extended beyond that project, went on for three years, or were related to any MW or kWh reported by the Company to the market, nor does Plaintiff plead any such facts (just conclusions). (*Id.*, SAC ¶¶ 89, 193.)

- - - - - - - - - - - - - - - - - - - - - -

Plaintiff misrepresents a contractual issue between Azure and one of its customers, SECI, as somehow demonstrating that its MW and kWh reporting was false, but failure to meet contractual obligations that "could" result in penalties does not support a Section 10(b) claim. (Dfs.' Mem. at 34-36.)

8

| V. **Representations About Wind Power Projects and Land Aggregators** | V. **Plaintiff's Allegations** | V. **Why Azure's Representations About Wind Power Projects and Land Aggregators Were Not False or Misleading** |
|---|---|---|
| Plaintiff claims the following statements regarding wind power projects reported in Press Releases and in Earnings Calls were false. | SAC ¶¶ 115(b), 120(b), 128(b), 136(b), 145(b), 150(b), 156(b): | The Press Releases note the terms of two project awards and provide the Company's opinion as to why the awards are significant. |
| SAC ¶ 121. October 22, 2021 Press Release: | Defendants disclosed in the 2022 Form 20-F, that Azure identified inconsistencies in project data for a number of projects in Fiscal 2022 and 2023 and that certain Azure's executives, which Plaintiffs believe to be Defendants Gupta and Subramanian who were terminated in April 2022, "were involved in an apparent scheme with persons outside the Company to make improper payments to obtain such projects," which required Azure to record a de-capitalization adjustment of US$3.4 million; | There are no particularized factual allegations that would show that any statement in Azure's Press Releases relating to wind power projects is false. |
| [] … *received letter of award (LOA) for its first wind project, 120 MW ISTS project with Solar Energy Corporation of India (SECI) to supply power for 25 years at a tariff of INR 2.70 (-US 3.6 cents) per kWh.* | | • Merely alleging underlying misconduct is not sufficient to state a claim under Section 10(b). Plaintiff does not explain how such alleged misconduct makes any of the alleged statements false or misleading.  (Dfs.' Mem. at 36-38, 41-42.) |
| "[]… *we have secured our first step in diversifying our presence in the renewable spectrum in India and it positions us well to add to our addressable market while we build scale in this segment on the back of strong management experience and Azure's long history of execution.*" | | • The investigation Plaintiff otherwise relies upon in challenging these statements shows no improper payments were made in connection with these projects. (SAC ¶195,  Dfs.' Mem. at 36-38, 41-42.) |
| SAC ¶ 123. November 11, 2021 Press Release: | | • Nor does the SAC allege that the balance sheet adjustments totaling $3.4 million had any impact on Azure's previously disclosed wind power project statements.  (Dfs.' Mem. at 36-38, 41-42.) |
| "[]… *received the letter of award (LOA) for its first 150 MW ISTS connected wind-solar hybrid power project with Solar Energy Corporation of India (SECI) to supply power for 25 years at a fixed tariff of INR 2.35 (-US 3.2 cents) per kWh.*" | | • Defendants' statements about the importance of the projects to the Company's future and its ability to manage such projects going forward are clearly statements of opinion that are not actionable. (*Id.*) |
| SAC ¶ 124: | | |
| []… *will entail setting up of 100 MW of solar and 50 MW of wind capacity…* [] | | Plaintiff has cited to no evidence connecting this allegation from the 2022 Form 20-F to the wind power projects referenced in her allegations. (*Id.*) |
| []… *we have secured yet another important milestone with our first solar-wind hybrid project with SECI.  We have* | | |

9

| | | |
|---|---|---|
| *taken steps to develop large wind sites and this project, along with the wind project we announced earlier, will be built as part of that development.  With this win, we are confident of maximizing our growth potential* with the remarkable opportunities that we have in the Indian renewable energy market."<br><br>**SAC ¶ 131**. December 13, 2021 Earnings Call:<br><br>*"[]... we received Letter of Awards for 120-megawatt wind project and 150-megawatt wind-solar hybrid project with SECI subsequent to quarter end...  We have already developed significant organizational capabilities for these in-house, and are looking forward to implementation on the ground with our teams already working on developing large wind sites across the country."*<br><br>**SAC ¶ 132**:<br><br>*"…[] Our recent wins in this regard, the 120-megawatt wind project and the 150-megawatt hybrid project, both with SECI,* provides us an opportunity to kickstart this process of diversifying the portfolio and move in line with the industry, which is increasingly looking at dispatchable power as the sustainable way forward in Indian RE.  We want to assure you again that we shall only bid for projects at commercially viable tariffs, one which provides returns above our cost of capital.*"* | **SAC ¶¶ 122(c), 125(c): 1**<br><br>The auditor's report in the 2022 Form 20-F provided that "in one of the projects, a member of the Group entered into agreements with some land aggregators for adjustments to land use permissions which may have involved improper payments." | The SAC does not explain how the investigation findings relating to potential "improper payments" by land aggregators at one facility rendered any of Azure's prior statements regarding wind power projects misleading.<br><br>The Company investigated all of these allegations relating to potential misconduct involving land aggregators and identified no payments made by the Group.  (SAC ¶¶ 194, 197, Dfs.' Mem. at 36-38.) |
| | **SAC ¶¶ 122(d), 125 (d):**<br><br>The auditor's report in the 2022 Form 20-F concluded that there were "potential overpayments made to an entity towards a development fee including obtaining government orders for development of a wind power project;" | The auditor's report does not conclude this allegation, it only notes that allegations of overpayments had been made.  Further, Plaintiff points to a disclosure made in the 2022 20-F after extensive investigation in 2022 of the Third Whistleblower allegations received by the Company that is not supported by any facts connecting this disclosure to any previously reported wind power disclosures made in 2021.  (Dfs.' Mem. at 36-38.) |
| | **SAC ¶¶ 122(e), 125(e), 133(e):**<br><br>Azure disclosed in January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating | Azure's discovery of certain "material weaknesses" in its operations does not support Plaintiff's conclusion that these projects were obtained through "corrupt payments" or any other improper means.  (*Id.*) |

1 This allegation is being addressed in the same format that Plaintiff provided within her brief and is not an admission that the disclosure relates to the wind power projects.

| | effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process.<br><br>All of Plaintiff's other recycled allegations are addressed in Sections I – IV above and VI below. | |

11

| VI. **Representations About Plant Commissioning** | VI. **Plaintiff's Allegations** | VI. **Why Azure's Representations Regarding Plant Commissioning Were Not False or Misleading** |
|---|---|---|
| Plaintiff claims the following commissioning statements reported in Press Releases and in Earnings Calls were false.<br><br>**SAC ¶ 129**. December 10, 2021 Press Release:<br><br>*We commissioned 158 MWs AC (188 MWs DC) during the three months ended September 30, 2021 and 220 MWs AC (252 MWs DC) during the six months ended September 30, 2021 against 25 MWs AC (25 MWs DC) during the comparative three months and 26 MWs AC (28 MWs DC) during the six months ended September 30, 2020.*<br><br>**SAC ¶ 137**. December 13, 2021 Earnings Call:<br><br>*We commissioned 158-megawatt AC capacity and 188-megawatt DC capacity during the quarter. As of today, we have completed and commissioned 500 megawatts out of 600 megawatts in our Rajasthan 6 project and balance 100 megawatts is to be commissioned in this month. We also commissioned 150 megawatts in our Rajasthan 8 project subsequent to quarter end and are now in advanced stages to commission the balanced capacities in the project in the current quarter. Even though* construction work on the 300-megawatt Rajasthan 9 was impacted due to supply-related challenges, the team has rallied and we are confident that we will meet the promised time lines.<br><br>**SAC ¶ 141**. January 3, 2022 Press Release:<br><br>Azure Power . . . today announced *the successful commissioning of its largest project — 600 MWs* | **SAC ¶¶ 115(c), 120(c), 128(c), 130(b), 133(b), 136(c), 138(b), 142(b), 145(c), 147(b), 150(c), 152(b), 156(c):**<br><br>The auditor's report in the 2022 Form 20-F provided that "in one of the projects, certain employees of the Group obtained a premature plant commissioning certificate after submitting inaccurate data;"<br><br><br><br><br><br><br>- - - - - - - - - - - - - - - - - - - - -<br>**SAC ¶¶ 130 (d), 133(d), 138(d), 142(d), 147(c), 152(c), 156(g):**<br><br>A March 30, 2023 Economic Times article entitled "Before Azure's Power's Results a Project Awaits Rollout," revealed a "source in the know of the development" who was quoted stating "[t]he whistleblower | There are  no well-pleaded particularized facts that support the contention that any of the challenged statements are false.<br><br>- Even if misconduct is alleged or even identified with well-pled facts (neither of which is the case here), that does not support a securities fraud claim without a connection to a specific misrepresentation in the Company's public disclosures.  (Dfs' Mem. at 38-41.)<br><br>Here, there is no allegation that the plant commissioning certificate or Azure's communications with SECI were ever made public.<br><br><br><br>- - - - - - - - - - - - - - - - - - - - -<br>Conclusory allegations based on newspaper articles or vaguely described confidential sources are not sufficient to support a 10(b) claim.  (*Id.*) |

12

| | | |
|---|---|---|
| *Interstate Transmission System (ISTS) connected solar project…* [] <br><br> Azure Power has commissioned this project in phases, *with the last 100 MWs commissioned this month.* Following this, *Azure Power has 2510 MWs of high-performing operational solar assets* spread across the country. | has alleged the Company got a commercial operation data certificate (COD) without the project being fully commercially operational and "the new management is waiting for the project to reach COD before announcing the audited results." | |
| "Despite the challenges and while prioritising the health and safety of all our employees and communities*, we have managed to deliver high performing assets* and are extremely proud of achieving yet another milestone in our journey towards a more resilient and sustainable future," says Ranjit Gupta, MD and CEO, Azure Power. <br><br> **SAC ¶ 146**. February 25, 2022 Press Release: <br><br> *We commissioned 313 MWs AC during the three months ended December 31, 2021, and 533 MWs AC during the nine months ended December 31, 2021, against 153 MWs AC (236 MWs DC) during the comparative three months and 179 MWs AC (264 MWs DC) during the nine months ended December 31 2020.* <br><br> **SAC ¶ 151**. February 28, 2022 Earnings Call: <br><br> *Our largest project, 7,600-megawatt Rajasthan 6, is now fully commissioned []… The second 300-megawatt Rajasthan 8 is also in line to be fully commissioned shortly.* And even though Rajasthan 9 was impacted due to *supply-related challenges, we will persevere.* <br><br> **SAC ¶ 155**. March 14, 2022 Press Release: <br><br> Azure Power… *announced full commissioning of its 300 MWs Interstate Transmission System (ISTS) connected* | **SAC ¶¶ 130(e), 138(e), 142(e), 147(d), 152(d), 156(f):** <br><br> Azure disclosed in January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process. <br><br> All of Plaintiff's other recycled allegations are addressed in Sections I – V above. | Azure's subsequent disclosure in the 2022 20-F after extensive investigation of the Second and Third whistleblower allegations that management identified certain "material weaknesses" in its operations does not support Plaintiff's conclusion that any plant was either not commissioned or that it was commissioned through fraud. (*Id.*) |

13

| | | |
|---|---|---|
| *solar project, Rajastjan [sic] 8*, allocated by Solar Energy Corporation of India (SECI). | | |

14