UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERAP LOKMAN, individually and
on behalf of all other similarly
situated,

                Plaintiff,

      v.

AZURE POWER GLOBAL LIMITED, RANJIT
GUPTA, MURALI SUBRAMANIAN, and
PAWAN KUMAR AGRAWAL,

                Defendants.

Case No. 1:22-cv-7432-GHW

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of Mark P. Gimbel and the exhibits thereto, and all other prior pleadings and proceedings in this action, Defendant Pawan Kumar Agrawal, by and through his counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice Plaintiff's Complaint. The basis for this motion is set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's February 7, 2024 Order (ECF No. 99), Plaintiff's opposition is due within 45 days after service of each of Defendants' motions, and Defendant's reply is due within 20 days after service of Plaintiff's opposition.

New York, New York
Dated: March 22, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Mark P. Gimbel*
Mark P. Gimbel
Jordan S. Joachim
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1000
mgimbel@cov.com
jjoachim@cov.com

*Attorneys for Defendant Pawan Kumar Agrawal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, the foregoing document and the accompanying Memorandum of Law and Declaration of Mark P. Gimbel were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon all counsel registered through the ECF System.

*/s/ Mark P. Gimbel*