UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERAP LOKMAN, individually and
on behalf of all other similarly
situated,

                   Plaintiff,

     v.

AZURE POWER GLOBAL LIMITED, RANJIT
GUPTA, MURALI SUBRAMANIAN, and
PAWAN KUMAR AGRAWAL,

                  Defendants.

Case No. 1:22-cv-7432-GHW

**DECLARATION OF
MARK P. GIMBEL**

I, Mark P. Gimbel, declare as follows:

1.   I am a partner of Covington & Burling LLP, which serves as counsel to Defendant Pawan Kumar Agrawal in this matter.  I am an active member of the New York State bar and am admitted to practice before this Court.

2.   I submit this Declaration to place certain exhibits before the Court in support of Mr. Agrawal's Motion to Dismiss.

3.   Attached as **Exhibit 1** is a true and correct copy of a Form 6-K filed by Azure Power Global Limited on January 25, 2023 and attaching a press release titled "Azure Power Global Limited - Update on Recent Developments."

4.   Attached as **Exhibit 2** is a true and correct copy of Azure's Annual Report for the fiscal year ended March 31, 2022 filed on Form 20-F on October 12, 2023.

5.   Attached as **Exhibit 3** is a true and correct copy of Azure's Annual Report for the fiscal year ended March 31, 2021 filed on Form 20-F on July 28, 2021.

6.   Attached as **Exhibit 4** is a true and correct copy of a Form 6-K filed by Azure on December 27, 2021 and attaching a press release titled "Operational and financial Update."

7.    Attached as **Exhibit 5** is a true and correct copy of a Form 6-K filed by Azure on May 3, 2023 and attaching a press release titled "Azure Power Global Limited - Changes to Azure Power's Management Team."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024 in New York, New York.

/s/ Mark. P. Gimbel
Mark P. Gimbel
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1000
mgimbel@cov.com