# <u>APPENDIX</u>

**STATEMENTS ALLEGED TO HAVE BEEN FALSE AND/OR MISLEADING**

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| False Statement No. 1 | Category: Risk Disclosures |
|---|---|

<div align="center">

Speaker, Date, Medium

Defendants Azure, Gupta, and Agrawal; July 28, 2021; 2021 Annual Report on Form 20-F signed by Gupta, and Agrawal

</div>

<div align="center">

False or Misleading Statement or Omission:

</div>

No. 1: **Any damages caused by fraud or other misconduct by our employees could adversely affect our business, results of operations and financial condition**.

We are exposed to operational risk arising from inadequacy or failure of internal processes or systems. In addition, we are exposed from risk associated with fraud or misconduct of our employees. In the past five fiscal years we have not experienced any fraud or misconduct by employees which has materially affected our business, results of operations or financial condition. However, **we may not be safeguarded against all fraud or misconduct by employees or outsiders, unauthorized transactions by employees and operational errors. Employee or executive misconduct could also involve the improper use or disclosure of confidential information, data breach or other illegal acts, which could result in regulatory sanctions and reputational or financial harm**, including harm to our brand. Our management information systems and internal control procedures are designed to monitor our operations and overall compliance. However, they may not be able to identify non-compliance and/or suspicious transactions in a timely manner or at all. In addition, **certain internal control processes are carried out manually, which may increase the risk that human error, tampering or manipulation will result in losses that may be difficult to detect**. ¶108.

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, thus, the warned of risk had already materialized, as evidenced by:<br><br>(a) Defendants' disclosure in the 2022 Form 20-F, Azure had received several whistleblower complaints in June and July 2021 against "Key Managerial Personnel," concerning "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, [and] payment of kickbacks" in relation to the acquisition and use of | • Plaintiff alleges that Defendant Gupta was one of the Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints were lodged (¶¶68, 78, 83) and who personally committed the fraud alleged, and therefore knew his statements were false when made.<br><br>• Defendants' admission in the 2022 Form 20-F that they identified "***potential misrepresentations made by former executives*** (believed to include Gupta) to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project where former executives, "***may have*** |

<div align="center">

1

</div>

| | |
|---|---|
| land in Rajasthan. Defendants later disclosed in the 2022 Form 20-F that certain executives at Azure (Plaintiff believes to be Gupta and Subramanian), were engaged in a scheme to provide illegal payments to win new projects (¶¶211-213);<br><br>(b) Defendants' admission in the 2022 Form 20-F that they identified "***potential misrepresentations made by former executives*** (believed to include Gupta) to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project where former executives, "***may have circumvented internal policies in connection with the approval of another transaction related to another wind project***." ¶209. | ***circumvented internal policies in connection with the approval of another transaction related to another wind project***." ¶209.<br><br>• Defendant Agrawal was removed as Azure's CFO on May 1, 2023, two months before the July 13, 2023 corrective disclosure (¶224). Agrawal's demotion occurred amid internal investigations (¶197), multiple executive resignations (¶¶219-227), auditor resignations (¶¶214-218), and an adverse auditor's report which found "significant discrepancies or inconsistencies between the expert opinions and management's estimates." (¶202).<br><br>• Defendants received several anonymous whistleblower reports in June and July 2021 asserting claims against Azure's "Key Managerial Personnel," which investors later learned alleged "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, and payment of kickbacks" in relation to the acquisition and use of land in Rajasthan, ¶¶211-213.<br><br>• Defendants admitted in the 2022 Form 20-F certain of Azure's executives, which Plaintiffs believe to be Defendants Gupta and Subramanian, "were involved in an apparent scheme with persons outside the Company to make improper payments in relation to a project." ¶208.<br><br>• The magnitude of the manipulation and corruption that occurred had such a big impact that Azure had to: (i) restate Megawatts Operating; (ii) record an adjustment to "decapitalize" certain assets; (iii) conduct numerous expensive investigations that required the assistance of outside consultants; (iv) replace its auditors multiple times; (v) lose its listing on the NYSE; (vi) violate its debt covenants; and (vii) receive a going concern auditor option—among other negative material impact on the |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| | Company's financial and operational results, which undoubtedly would have come to the attention of all of Azure's executives ¶210. |
| | • ASA & Associates LLP was appointed to complete only the "Company's US GAAP consolidated financial statements for Fiscal 2022," and did so with a harsh adverse opinion concerning the data manipulation, corruption and kickback payments. ¶216. |
| | • Defendants admitted that data manipulation at Azure was so extensive that it impacted multiple projects and required further investigation into all of the Company's material projects for three years. ¶228. |
| | • Defendants reported to SECI that Azure experienced "shortfalls in generation" of electricity due to Azure's failure to "timely commission[] [to] the full capacity required under a PPA," and SECI responded that they may assess damages and penalties as a result. ¶230. Given Defendants affirmative representations that they were monitoring key metrics and their subsequent admissions that those results were in fact false, they either knew that their statements regarding operating, financial, and commissioning results were inaccurate and overstated at the time they were made or recklessly disregarded Azure's widespread data manipulation and corruption in making such statements. ¶231. |
| | • "Senior Management" took a "keen interest" in "connect[ing] directly with the site employees and workers" so they could "understand the workings on ground," and Defendant admitted that management and the board of directors visit the plants which supports that Defendants knew about false reporting of |

3

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

|  | data, safety issues and corrupt payments occurring at multiple Azure plants during the Class Period. ¶¶237-238.<br><br>• Defendants admitted that Azure had "deviat[ed] from safety and quality norms" and those "health and safety lapses" existed *across all* of the Company's operations. ¶¶240-244.<br><br>• Defendants regularly violated Azure's own internal policies, such as its Anti-Bribery and Corruption policy, the Audit Committee Charter, and Azure's Code of Business Conduct and "determined that internal controls over financial reporting were ineffective due to inadequacy of certain review controls including control failures in financial statement closing procedures, controls pertaining to capitalization, vendor selection process, land acquisition, documentation on testing of control attributes and completeness and accuracy of reports used including inadequate consideration in designing of risk and controls matrices." ¶¶245-248.<br><br>• Defendants were motivated to obscure that the warned of risks were then-occurring so that they could, *inter alia*, continue manipulating data to secure projects and scheming to make improper payments to secure land and approvals, because Azure's long-term viability was otherwise in jeopardy. ¶¶58-60, 130, 194-95, 202. |
|---|---|

| False Statements No. 2(a) and (b) | Category: Risk Disclosures |
|---|---|
| Speaker, Date, Medium<br>Defendants Azure, Gupta, and Agrawal; July 28, 2021; 2021 Annual Report on Form 20-F signed by Gupta and Agrawal ||
| False or Misleading Statement or Omission:<br>No. 2(a): ***Renewable energy project development is challenging, and our growth strategy may ultimately not be successful, which*** ||

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

*can have a material adverse effect on our business, financial condition, results of operations and cash flows*.

\* \* \*

We may expand our business significantly with several new projects in both new and existing jurisdictions in the future. As we adopt new projects, we expect to encounter additional challenges to our internal processes, external construction management, capital commitment process, project funding infrastructure, financing capabilities and regulatory approvals and compliance. **Our existing operations, personnel, systems, and internal controls may not be adequate to support our growth and expansion and may require us to make additional unanticipated investments in our infrastructure**. To manage the future growth of our operations, we will be required to improve our administrative, operational, and financial systems, procedures, and controls, and maintain, expand, train, and manage our growing employee base. We will need to hire and train project development personnel to expand and manage our project development efforts. If we are unable to manage our growth effectively, we may not be able to take advantage of market opportunities, execute our business strategies successfully or respond to competitive pressures. As a result, our business, prospects, financial condition, results of operations and cash flows could be materially and adversely affected. ¶110.

\* \* \*

No. 2(b): *Our international corporate structure and operations require us to comply with anti-corruption laws and regulations of the United States government and various non-U.S. jurisdictions. If we are not in compliance with applicable legal requirements, we may be subject to civil or criminal penalties and other remedial measures*.

We are subject to the U.S. Foreign Corrupt Practices Act, or the FCPA, which prohibits, in relevant part, U.S. nationals, companies that have securities registered in the U.S. and any officer, director, employee, or agent of such issuer or any shareholder thereof acting on behalf of such issuer from bribing foreign officials for the purpose of obtaining or keeping business or otherwise obtaining favorable treatment and imposes obligations to keep accurate books and records and maintain appropriate internal controls. We have been and will continue to be subject to anti-corruption, anti-bribery and anti-facilitation payment legislation in other jurisdictions, which in certain circumstances go beyond the scope of the FCPA rules and regulations, including in India.

The current and future jurisdictions in which we operate our business may have experienced governmental corruption to some degree, and in certain circumstances, strict compliance with anti-bribery and anti-facilitation payment laws may conflict with local customs and practices, which is likely to negatively impact our results of operations. **We have developed and implemented formal controls and procedures to ensure that we are in compliance with the FCPA as well as anti-corruption, anti-bribery and anti-facilitation payment laws**. However, compliance with these new controls and procedures could make it more difficult for us to obtain timely permits or otherwise complete our projects on schedule in jurisdictions where strict compliance with anti-corruption and antibribery laws may conflict with local customs and practices.

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

**Any historic or future violations of these laws, regulations and procedures by our employees, independent contractors, subcontractors and agents could be costly and time-consuming to investigate and expose us to administrative, civil or criminal penalties or fines (including under U.S. and Indian laws and regulations as well as foreign laws). If we were to be investigated for, charged with, or convicted of, violating these laws and regulations, our reputation could be harmed and it could cause some of our investors to sell their interests in our company to be consistent with their internal investment policies or to avoid reputational damage, and some investors might forego the purchase of our equity shares, all of which may negatively impact the trading prices of our equity shares. In addition, any administrative, civil or criminal penalties or fines could have a material adverse effect on our business results of operations and cash flows**. ¶111.

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, thus, the warned of risk had already materialized, as evidenced by:<br><br>(a) Defendants' disclosure in the 2022 Form 20-F, which stated that Azure had received several whistleblower complaints in June and July 2021 against "Key Managerial Personnel," concerning "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, and payment of kickbacks" in relation to the acquisition and use of land in Rajasthan. Defendants later disclosed in the 2022 Form 20-F that certain executives at Azure (Plaintiff believes to be Gupta and Subramanian), were engaged in a scheme to provide illegal payments to win new projects, in direct violation of the above regulations (¶¶211-213);<br><br>(b) As a result of Defendants' admitted participation in a kickback scheme, Azure did not have internal controls over its projects (¶¶98, 202-03); | *See* FS1, *supra.* |

6

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| (c) Defendants' admission that Azure identified "*potential misrepresentations made by former executives*" to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project where these former executives, (upon information and belief, Gupta and Subramanian) "*may have circumvented internal policies in connection with the approval of another transaction related to another wind project*" (¶209);<br><br>(d) Defendants' admission that their internal controls were inadequate. ¶112. | |

| False Statements No. 3(a) and (b) | Category: Megawatts Operating and Electricity Generation |
|---|---|

Speaker, Date, Medium
Defendants Azure and Gupta; August 30, 2021; Press release attached to a Form 6-K signed by Gupta

False or Misleading Statement or Omission:

No. 3(a): **Megawatts ("MW") Operating\* were 2,052 MWs**, as of June 30, 2021, an increase of 23% over June 30, 2020….¶113.

No. 3(b): **Electricity generation during the quarter ended June 30, 2021 was 1,112 million kWh, an increase of 228 million kWh or 25.8%, over the quarter ended June 30, 2020**. ¶114.

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated as a result of the Individual Defendants' alleged corruption, data manipulation and kickback and bribery scheme, as evidenced by:<br><br>(a) Defendants admission in the January 25, 2023 Press Release and 2022 Form 20-F that they had to restate "reported" MWs Operating downward to 2,666 for Fiscal 2022 as result of admitted data manipulations and improper payments reported in the Second and Third Whistleblower Complaints for Fiscal 2022 (¶¶95-96); | • Plaintiff alleges that Defendant Gupta was one of the Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints were lodged (¶¶68, 78, 83) and who personally committed the fraud alleged, and therefore knew his statements were false when made.<br><br>• Defendants received several anonymous whistleblower reports in June and July 2021, which investors later learned led to more |

7

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

(b) Defendants disclosure in the 2022 Form 20-F, that Azure identified inconsistencies in project data for a number of projects in Fiscal 2022 and 2023 and that certain of Azure's executives, which Plaintiffs believe to be Defendants Gupta and Subramanian who were terminated in April 2022, "were involved in an apparent scheme with persons outside the Company to make improper payments in relation to a project," which required Azure to record a de-capitalization adjustment of US$ 3.4 million (¶¶192-94, 197, 201);

(c) The auditor's report in the 2022 Form 20-F provided that "in one of the projects, certain employees of the Group obtained a premature plant commissioning certificate after submitting inaccurate data" (¶202);

(d) Defendants' admission on August 29, 2022, August 31, 2022, January 25, 2023 and in the 2022 Form 20-F, that for the last three years, there was affirmative "evidence of manipulation and misrepresentation of project data by some employees," including "corrupt payments" and "failures to provide accurate information both internally and externally," related to at least four large projects, which Defendants viewed as "serious issues," and were forced to report to the SEC and DOJ (¶¶78, 88-100, 170-172; 193-198);

(e) Defendants' admission in the January 25, 2023 Press Release and 2022 Form 20-F that, with respect to at least one customer, Azure incurred "shortfalls in generation" from not "timely commissioning [] the full capacity required under the PPA," resulting in "shortfalls in generation," subjecting the Company to overstating reported megawatts and liquidated damages under the customer PPA estimated at US $5.2 million (¶91);

whistleblower complaints, one of which alleged manipulation and misrepresentation of project data, mismanagement of funds, and inaccurate record keeping, which spurred an investigation into internal controls over financial reporting and disclosure of the findings to the U.S. SEC and DOJ. ¶¶78, 85, 89.

- The magnitude of the manipulation and corruption that occurred had such a big impact that Azure had to: (i) restate Megawatts Operating; (ii) record an adjustment to "decapitalize" certain assets; (iii) conduct numerous expensive investigations that required the assistance of outside consultants; (iv) replace its auditors multiple times; (v) lose its listing on the NYSE; (vi) violate its debt covenants; and (vii) receive a going concern auditor option—among other negative material impact on the Company's financial and operational results, which undoubtedly would have come to the attention of all of Azure's executives ¶210.

- ASA & Associates LLP was appointed to complete only the "Company's US GAAP consolidated financial statements for Fiscal 2022," and did so with a harsh adverse opinion due, in part, to Defendants' submission of inaccurate data. ¶¶202, 216.

- Azure admitted that auditor resignations "may generate negative publicity," and "cause investors to lose confidence in our financial reporting." ¶217.

- Defendant Gupta suspiciously relinquished his duties on April 26, 2022 (¶220) amid internal investigations (¶197), delays in filing the 20-F (¶159) other executive resignations (¶¶219-227), and auditor resignations (¶¶214-218).

- Defendants admitted that data manipulation at Azure was so extensive that it impacted multiple projects and required further

8

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| (f) Defendants' admission in January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process." ¶¶98, 202-03. | investigation into all of the Company's material projects for three years. ¶228.<br><br>• Defendants reported to SECI that Azure experienced "shortfalls in generation" of electricity due to Azure's failure to "timely commission[] [to] the full capacity required under a PPA," and SECI responded that they may assess damages and penalties as a result. ¶230. Given Defendants affirmative representations that they were monitoring key metrics and their subsequent admissions that those results were in fact false, they either knew that their statements regarding operating, financial, and commissioning results were inaccurate and overstated at the time they were made or recklessly disregarded Azure's widespread data manipulation and corruption in making such statements. ¶231.<br><br>• Defendants regularly touted their "centralized monitoring station" and ability to "monitor and analyze plant performance at the project site," in "real-time," which was available to executive level management. Thus, the Individual Defendants were immediately aware of the data manipulation, shortfalls in generation data, or irregularities in energy generation disclosed on January 25, 2023 at the time they occurred. ¶¶232-236.<br><br>• "Senior Management" took a "keen interest" in "connect[ing] directly with the site employees and workers" so they could "understand the workings on ground," and Defendant admitted that management and the board of directors visit the plants which supports that Defendants knew about false reporting of data, safety issues and corrupt payments occurring at multiple Azure plants during the Class Period. ¶¶237-238.<br><br>• Defendants regularly violated Azure's own internal policies, such as its Anti-Bribery and Corruption policy, the Audit |

9

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

|  |  |
|---|---|
|  | Committee Charter, and Azure's Code of Business Conduct and "determined that internal controls over financial reporting were ineffective due to inadequacy of certain review controls including control failures in financial statement closing procedures, controls pertaining to capitalization, vendor selection process, land acquisition, documentation on testing of control attributes and completeness and accuracy of reports used including inadequate consideration in designing of risk and controls matrices." ¶¶245-248.<br><br>• Defendants were motivated to conceal and obscure that fraud and corruption were already then-occurring so that they could, *inter alia*, continue manipulating data to secure projects and scheming to make improper payments to secure land and approvals, because Azure's long-term viability was otherwise in jeopardy. ¶¶58-60, 130, 194-95, 202. |

| False Statement No. 4 | Category: Safety |
|---|---|
| <div align="center">Speaker, Date, Medium<br>Defendants Azure and Subramanian; August 31, 2021; Earnings Call</div> ||
| <div align="center">False or Misleading Statement or Omission:</div><br>No. 4: We highlighted our ISO-45001 certification earlier this year, **which demonstrates Azure's focus on occupational health and safety**. I'm happy to report we have also recently won the Greentech Effective Safety Culture Award for 2021 from Greentech Foundation, **which signifies the efforts we have put in to ensure safety culture is embedded across our project locations and sites**. ¶116. ||
| <div align="center">Reasons Why False</div>The above statements were materially false and misleading when made because Azure did not focus on safety or ensure it was putting in a safety culture across all project locations and sites | <div align="center">Facts Giving Rise to a Strong Inference of Scienter</div>• Defendants received several anonymous whistleblower reports in June and July 2021, which investors later learned led to more whistleblower complaints, one of which alleged procedural irregularities and misconduct at a plant belonging to one of its |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

and, instead, was routinely deviating from safety protocols, as evidenced by:

(a) Defendants' admission in the August 29, 2022 Press Release and during the August 31, 2022 Special Call, that Azure "discovered deviations from safety and quality norms" requiring Azure to "strengthen our safety and quality protocols at this plant, but also across our other operations." ¶170.

(b) Defendants' admission in the August 31, 2022 Special Call that "there was substance of some of the things that whistleblower the same about the site," which required "immediate remedial action at that site." ¶175.

(c) Further, by touting Azure's ISO 45001 certification and Greentech Effective Safety Culture Award, Defendants communicated Azure was in compliance with the international standards and had systems in place that were closely monitored by management to minimize risk and injuries in 2021 and those processes were still in place and functioning at the highest levels in Fiscal 2022. ¶240.

subsidiaries, where Azure discovered deviations from safety and quality norms, requiring remediation and strengthening of safety and quality protocols. ¶78.

- On the August 31, 2022 Special Call, Defendants stated that "Safety is genuinely paramount for us," and "[t]he first thing we do at our Board meeting is talk about health and safety. We are using all the controls you can imagine, including advisers of various sorts, to give us assurance that the systems and the rest of the operations don't suffer similar issues." ¶¶170, 238.

- Defendant Subramanian suspiciously "relinquished" his position on April 26, 2022 (¶220) amid internal investigations (¶197), delays in filing the 20-F (¶159) other executive resignations (¶¶219-227), and auditor resignations (¶¶214-218).

- "Senior Management" took a "keen interest" in "connect[ing] directly with the site employees and workers" so they could "understand the workings on ground," and Defendant admitted that management and the board of directors visit the plants which supports that Defendants knew about false reporting of data, safety issues and corrupt payments occurring at multiple Azure plants during the Class Period. ¶¶237-238.

- Defendants' admitted that Azure had "deviat[ed] from safety and quality norms" and those "health and safety lapses" existed *across all* of the Company's operations. ¶¶240-244.

| False Statements No. 5(a) and (b) | Category: Megawatts Operating and Electricity Generation |
|---|---|
| Speaker, Date, Medium | |
| Defendants Azure, Gupta, and Agrawal; August 31, 2021; Earnings Call | |

11

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| False or Misleading Statement or Omission: |
|---|
| No. 5(a): Defendant Gupta falsely stated, **[t]oday, we have 23% more megawatts operating than we did at the same time last year**[.] ¶118.<br><br>No. 5(b): Defendant Agrawal similarly falsely stated, [as] of June 2021, **we were operating 2,052 megawatts on a PP or AC basis, which is 23% higher than what we were operating a year before. Our portfolio of 6,955 megawatts remained stable from the previous quarter**. While these portfolio megawatt numbers exclude Rooftop portfolio, which is in the process of getting transferred to Radiance, our financials number continue to consolidate Rooftop till the transfer process is completed. ¶119. |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated as a result of the Individual Defendants' alleged corruption, data manipulation and kickback and bribery scheme, as evidenced by:<br><br>*See* FS3, *supra*. | *See also* FS3, *supra*. |

| False Statements No. 6(a) and (b) | Category: Wind |
|---|---|

| Speaker, Date, Medium |
|---|
| Defendants Azure and Gupta; October 22, 2021; Press release attached to a Form 6-K, signed by Gupta |

| False or Misleading Statement or Omission: |
|---|
| No. 6(a): Azure announced it received a **letter of award (LOA) for its first wind project, 120 MW ISTS project with Solar Energy Corporation of India (SECI) to supply power for 25 years at a tariff of INR 2.70 (~US 3.6 cents) per kWh.** ¶121.<br><br>No. 6(b): Defendant Gupta falsely stated "[t]his is a significant milestone in Azure's journey as the leading renewable energy player in India. **We have secured our first step in diversifying our presence in the renewable spectrum in India and it positions us well to add to our addressable market while we build scale in this segment on the back of strong management experience and Azure's long history of execution**." *Id.* |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| Defendants' statements surrounding the October 22, 2021 120 MW wind project with SECI were false and misleading because Defendants failed to disclose the wind project was obtained and operated by corrupt means, as evidenced by:<br><br>(a) Defendants' admission in the 2022 Form 20-F that misrepresentations were made "by former executives to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project," and that former executives "circumvented internal policies in connection with the approval of another transaction related to another wind project." ¶209.<br><br>(b) Defendants' admission on August 29, 2022, August 31, 2022, January 25, 2023 and in the 2022 Form 20-F, for the last three years, there was affirmative "evidence of manipulation and misrepresentation of project data by some employees," including "corrupt payments" and "failures to provide accurate information both internally and externally," related to at least four large projects, which Defendants viewed as "serious issues," and were forced to report to the SEC and DOJ; (¶¶78, 88-100, 170-172; 193-198);<br><br>(c) The auditor's report in the 2022 Form 20-F provided that "in one of the projects, a member of the Group entered into agreements with some land aggregators for adjustments to land use permissions which may have involved improper payments" (¶202);<br><br>(d) The auditor's report in the 2022 Form 20-F concluded that there were "[p]otential overpayments made to an entity towards a | • Plaintiff alleges that Defendant Gupta was one of Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints were lodged (¶¶68, 78, 83) and who personally committed the fraud alleged, and therefore knew his statements were false when made.<br><br>• Defendants received several anonymous whistleblower reports in June and July 2021, which investors later learned led to more whistleblower complaints, several of which asserted irregularities in commissioning procedures and that Azure's "Key Managerial Personnel" and "executives" engaged in "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, and payment of kickbacks" in relation to the acquisition and use of land in Rajasthan. ¶¶211-213, 83.<br><br>• Defendants admitted in the 2022 Form 20-F certain of Azure's executives, which Plaintiffs believe to be Defendants Gupta and Subramanian, "were involved in an apparent scheme with persons outside the Company to make improper payments in relation to a project." ¶208.<br><br>• Defendants' admission in the 2022 Form 20-F that they identified "***potential misrepresentations made by former executives*** (believed to include Gupta) to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project where former executives, "***may have circumvented internal policies in connection with the approval of another transaction related to another wind project***." ¶209. |

13

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

development fee including obtaining government orders for development of a wind power project." (¶202);

(e) Defendants' admission in the January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process." ¶¶98, 202-03.

- The magnitude of the manipulation and corruption that occurred had such a big impact that Azure had to: (i) restate Megawatts Operating; (ii) record an adjustment to "decapitalize" certain assets; (iii) conduct numerous expensive investigations that required the assistance of outside consultants; (iv) replace its auditors multiple times; (v) lose its listing on the NYSE; (vi) violate its debt covenants; and (vii) receive a going concern auditor option—among other negative material impact on the Company's financial and operational results, which undoubtedly would have come to the attention of all of Azure's executives ¶210.

- ASA & Associates LLP was appointed to complete only the "Company's US GAAP consolidated financial statements for Fiscal 2022," and did so with a harsh adverse opinion due, in part, to Defendants' overpayments to an entity for a development fee and government orders related to a wind project . ¶¶202, 216.

- Azure admitted that auditor resignations "may generate negative publicity," and "cause investors to lose confidence in our financial reporting." ¶217.

- Defendant Gupta suspiciously relinquished his duties on April 26, 2022 (¶220) amid internal investigations (¶197), delays in filing the 20-F (¶159) other executive resignations (¶¶219-227), and auditor resignations (¶¶214-218).

- Defendants regularly violated Azure's own internal policies, such as its Anti-Bribery and Corruption policy, the Audit Committee Charter, and Azure's Code of Business Conduct and "determined that internal controls over financial reporting were ineffective due to inadequacy of certain review controls including control failures in financial statement closing

14

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

|  | procedures, controls pertaining to capitalization, vendor selection process, land acquisition, documentation on testing of control attributes and completeness and accuracy of reports used including inadequate consideration in designing of risk and controls matrices." ¶¶245-248.<br><br>• Defendants were motivated to conceal and obscure the fraudulent and corrupt means through which they were obtaining wind projects so that they could, *inter alia*, continue their scheme to secure more land and approvals, because Azure's long-term viability was otherwise in jeopardy. ¶¶58-60, 130, 194-95, 202. |
| --- | --- |

| False Statements No. 7 (a)-(c) | Category: Wind |
| --- | --- |
| Speaker, Date, Medium<br>Defendants Azure and Gupta; November 11, 2021; Press release attached to a Form 6-K signed by Gupta | |
| False or Misleading Statement or Omission:<br>No. 7(a): Azure announced that it "**received the letter of award (LOA) for its first 150 MW ISTS connected wind–solar hybrid power project with Solar Energy Corporation of India (SECI) to supply power for 25 years at a fixed tariff of INR 2.35 (~US 3.2 cents) per kWh**." ¶123.<br><br>No. 7(b): The project is "part of the 1,200 MW ISTS Hybrid Tranche– IV tender from SECI **and will entail setting up of 100 MW of solar and 50 MW of wind capacity** within a period of 18 months from the signing of Power Purchase Agreement (PPA)." ¶124.<br><br>No. 7(c): Defendant Gupta falsely stated that,"[f]ollowing up on our first wind project win, **we have secured yet another important milestone with our first solar-wind hybrid project with SECI. We have taken steps to develop large wind sites and this project, along with the wind project we announced earlier, will be built as part of that development**. **With this win, we are confident of maximising our growth potential** with the remarkable opportunities that we have in the Indian renewable energy market." *Id.* | |
| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| Defendants' statements surrounding the November 11, 2021 150 MW wind-solar project with SECI were false and misleading because Defendants failed to disclose that the project was obtained and operated by corrupt means, as evidenced by:<br><br>*See* FS6, *supra*. | • The dismissal of auditors Ernst & Young on November 26, 2021, amid corruption concerns at Azure after receipt of the First Whistleblower Complaint. ¶214.<br><br>*See* FS6, *supra*. |

| False Statements No. 8(a) and (b) | Category: Megawatts Operating and Electricity Generation |
|---|---|

| Speaker, Date, Medium |
|---|
| Defendants Azure and Gupta; December 10, 2021; Press release attached to a Form 6-K signed by Gupta |

| False or Misleading Statement or Omission: |
|---|
| No. 8(a): **Megawatts ("MW") Operating\* were 2,210 MWs, as of September 30, 2021, an increase of 31% over September 30, 2020. Operating, Contracted & Awarded MWs\* were 6,955 MWs, as of September 30, 2021**… ¶126.<br><br>No. 8(b): **Electricity generation during the quarter and six-months ended September 30, 2021 was 1,001 million kWh and 2,113 million kWH, respectively, an increase of 231 million kWh or 30%, over the quarter ended September 30, 2020, and an increase of 460 million kWH or 28%, over the six months ended September 30, 2020**. The increase in electricity generation was principally a result of an additional 529 MWs of AC (728 MWs DC) operating capacity, including our Rooftop portfolio commissioned since September 30, 2020. ¶127. |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated as a result of the Individual Defendants' alleged corruption, data manipulation and kickback and bribery scheme, as evidenced by:<br><br>*See* FS3, *supra*. | • The dismissal of auditors Ernst & Young on November 26, 2021, amid corruption concerns at Azure after receipt of the First Whistleblower Complaint. ¶214.<br><br>*See* FS3, *supra*. |

16

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| False Statement No. 9 | Category: Commissioning |
|---|---|
| Speaker, Date, Medium<br>Defendants Azure and Gupta; December 10, 2021; Press release attached to a Form 6-K signed by Gupta | |
| False or Misleading Statement or Omission:<br>No. 9: **We commissioned 158 MWs AC (188 MWs DC) during the three months ended September 30, 2021 and 220 MWs AC (252 MWs DC) during the six months ended September 30, 2021 against 25 MWs AC (25 MWs DC) during the comparative three months and 26 MWs AC (28 MWs DC) during the six months ended September 30, 2020**. ¶129. | |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements surrounding commissioning were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, as a result, Azure did not timely commission their projects as evidenced by:<br><br>(a) Defendants' admission in the January 25, 2023 Press Release and in the 2022 Form 20-F that a project with SECI had shortfalls in generation and that it failed to timely complete and commission the requisite contractually required capacity resulting in liability for damages and penalties for shortfalls in generation and for not commissioning the full capacity required under its PPA in a timely manner; and estimated that contingent liabilities on account of delayed commissioning aggregated to INR 390 million (US$ 5.2 million) (¶97);<br><br>(b) The auditor's report in the 2022 Form 20-F which provided that "in one of the projects, certain employees of the Group obtained a premature plant commissioning certificate after submitting inaccurate data" (¶202); | • Plaintiff alleges that Defendant Gupta was one of the Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints were lodged (¶¶68, 78, 83) and who personally committed the fraud alleged, and therefore knew his statements were false when made.<br><br>• Defendants received several anonymous whistleblower reports in June and July 2021, which investors later learned led to more whistleblower complaints, several of which asserted irregularities in commissioning procedures and that Azure's "Key Managerial Personnel" and "executives" engaged in "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, and payment of kickbacks" in relation to the acquisition and use of land in Rajasthan. ¶¶211-213, 83.<br><br>• The magnitude of the manipulation and corruption that occurred had such a big impact that Azure had to: (i) restate Megawatts Operating; (ii) record an adjustment to "decapitalize" certain assets; (iii) conduct numerous expensive investigations that |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| (c) The auditor's report in the 2022 Form 20-F which provided that "[p]otential overpayments made to an entity towards a development fee including obtaining government orders for development of a wind power project" (¶202);<br><br>(d) The March 30, 2023, Economic Times article entitled "Before Azure Power's Results a Project Awaits Rollout," revealed a "source in the know of the development" who was quoted stating, "[t]he whistle-blower has alleged the company got a commercial operation date certificate (COD) without the project being fully commercially operational," and "the new management is waiting for the project to reach COD before announcing the audited result" (¶130);<br><br>(e) Azure's disclosure in the January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process." ¶¶98, 202-03. | required the assistance of outside consultants; (iv) replace its auditors multiple times; (v) lose its listing on the NYSE; (vi) violate its debt covenants; and (vii) receive a going concern auditor option—among other negative material impact on the Company's financial and operational results, which undoubtedly would have come to the attention of all of Azure's executives. ¶210.<br><br>• The dismissal of auditors Ernst & Young on November 26, 2021, amid corruption concerns at Azure after receipt of the First Whistleblower Complaint. ¶214.<br><br>• ASA & Associates LLP was appointed to complete only the "Company's US GAAP consolidated financial statements for Fiscal 2022," and did so with a harsh adverse opinion, due in part to, Defendants obtaining a premature plant commissioning certificate after submitting inaccurate data. ¶¶202, 216.<br><br>• Azure admitted that auditor resignations "may generate negative publicity," and "cause investors to lose confidence in our financial reporting." ¶217.<br><br>• Defendant Gupta suspiciously relinquished his duties on April 26, 2022 (¶220) amid internal investigations (¶197), delays in filing the 20-F (¶159) other executive resignations (¶¶219-227), and auditor resignations (¶¶214-218).<br><br>• Defendants reported to SECI that Azure experienced "shortfalls in generation" of electricity due to Azure's failure to "timely commission[] [to] the full capacity required under a PPA," and SECI responded that they may assess damages and penalties as a result. ¶230. Given Defendants affirmative representations that they were monitoring key metrics and their subsequent admissions that those results were in fact false, they either knew |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

|  | that their statements regarding operating, financial, and commissioning results were inaccurate and overstated at the time they were made or recklessly disregarded Azure's widespread data manipulation and corruption in making such statements. ¶231.<br><br>• Defendants regularly touted their "centralized monitoring station" and ability to "monitor and analyze plant performance at the project site," in "real-time," which was available to executive level management. Thus, the Individual Defendants were immediately aware of the data manipulation, shortfalls in generation data, or irregularities in energy generation disclosed on January 25, 2023 at the time they occurred. ¶¶232-236.<br><br>• "Senior Management" took a "keen interest" in "connect[ing] directly with the site employees and workers" so they could "understand the workings on ground," and Defendants admitted that management and the board of directors visit the plants which supports that Defendants knew about false reporting of data, safety issues and corrupt payments occurring at multiple Azure plants during the Class Period. ¶¶237-238.<br><br>• Defendants regularly violated Azure's own internal policies, such as its Anti-Bribery and Corruption policy, the Audit Committee Charter, and Azure's Code of Business Conduct and "determined that internal controls over financial reporting were ineffective due to inadequacy of certain review controls including control failures in financial statement closing procedures, controls pertaining to capitalization, vendor selection process, land acquisition, documentation on testing of control attributes and completeness and accuracy of reports used including inadequate consideration in designing of risk and controls matrices." ¶¶245-248. |
|---|---|

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

|  | • Defendants were motivated to conceal and obscure their corrupt misconduct in hopes they could fully commission to their contractually required capacity and, *inter alia*, continue securing projects before anyone noticed, because Azure's long-term viability was otherwise in jeopardy. ¶¶58-60, 130, 194-95, 202. |
|---|---|

| False Statements No. 10(a) and (b) | Category: Wind |
|---|---|

<div align="center">Speaker, Date, Medium<br>Defendants Azure, Gupta, and Subramanian; December 13, 2021; Earnings Call</div>

<div align="center">False or Misleading Statement or Omission:</div>

No. 10(a): Defendant Gupta falsely stated: Apart from the SECI manufacturing PPA, we received Letter of Awards **for 120-megawatt wind project and 150-megawatt wind-solar hybrid project with SECI** subsequent to quarter end. These are first steps beyond solar for Azure, and we firmly believe that as the industry moves towards providing dispatchable renewable energy to the grid, wind and storage will be 2 important technology additions in our portfolio. **We have already developed significant organizational capabilities for these in-house, and are looking forward to implementation on the ground with our teams already working on developing large wind sites across the country**. ¶131.

No. 10(b): Defendant Subramanian falsely stated: As we discussed during our previous call, we have recently developed organizational capabilities to implement our plans in wind and the hybrid space. **Our recent wins in this regard, the 120-megawatt wind project and the 150-megawatt hybrid project, both with SECI**, provides us an opportunity to kickstart this process of diversifying the portfolio and move in line with the industry, which is increasingly looking at dispatchable power as the sustainable way forward in Indian RE. We want to assure you again that we shall only bid for projects at commercially viable tariffs, one which provides returns above our cost of capital. ¶132.

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| Defendants' statements surrounding the December 13, 2021 150 MW wind-solar project with SECI were false and misleading because Defendants failed to disclose that the project was obtained and operated by corrupt means, as evidenced by: | • Plaintiff alleges that Defendant Subramanian was one of the Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| (a) Defendants' admission in the January 25, 2023 Press Release and in the 2022 Form 20-F that a project with SECI had shortfalls in generation and that it failed to timely complete and commission the requisite contractually required capacity resulting in liability for damages and penalties for shortfalls in generation and for not commissioning the full capacity required under its PPA in a timely manner; and estimated that contingent liabilities on account of delayed commissioning aggregated to INR 390 million (US$ 5.2 million) (¶97);<br><br>(b) The auditor's report in the 2022 Form 20-F provided that "in one of the projects, certain employees of the Group obtained a premature plant commissioning certificate after submitting inaccurate data" (¶202);<br><br>(c) The auditor's report in the 2022 Form 20-F provided that "[p]otential overpayments made to an entity towards a development fee including obtaining government orders for development of a wind power project" (¶202);<br><br>(d) A March 30, 2023, Economic Times article entitled "Before Azure Power's Results a Project Awaits Rollout," revealed a "source in the know of the development" who was quoted stating, "[t]he whistle-blower has alleged the company got a commercial operation date certificate (COD) without the project being fully commercially operational," and "the new management is waiting for the project to reach COD before announcing the audited result" (¶130);<br><br>(e) Azure's disclosure in the January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of | were lodged (¶¶68, 78, 83) and who personally committed the fraud alleged, and therefore knew his statements were false when made.<br><br>• Defendants' admission in the 2022 Form 20-F that they identified "*potential misrepresentations made by former executives*" (believed to include Gupta and/or Subramanian) to the Board in July 2021 regarding an asset purchase transaction for the development of a wind project where former executives, "*may have circumvented internal policies in connection with the approval of another transaction related to another wind project*." ¶209.<br><br>*See also* FS7, *supra*. |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| |
|---|
| internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process" ¶¶98, 202-03.<br><br>*See also* FS6, *supra*. |

| False Statements No. 11(a) and (b) | Category: Megawatts Operating and Electricity Generation |
|---|---|
| <div align="center">Speaker, Date, Medium<br>Defendants Azure, Agrawal, and Gupta; December 13, 2021; Earnings Call</div> | |

| |
|---|
| <div align="center">False or Misleading Statement or Omission:</div> |
| No. 11(a): Defendant Gupta stated that Azure **"had 31% more megawatts operating in quarter 2 this year than we did at the same time last year**." ¶134.<br><br>No. 11(b): Defendant Agrawal stated, as of September 30, 2021, **we were operating 2,210 megawatts on a PPA or AC basis, which is 31% higher than what we were operating a year before. Our portfolio was stable at 6,955 megawatts at the end of quarter, which further increased to 7,255 megawatts subsequent to the quarter end with our recent wins**. ¶135. |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated as a result of the Individual Defendants' alleged corruption, data manipulation and kickback and bribery scheme, as evidenced by:<br><br>*See* FS3, *supra*. | • Defendant Agrawal was removed as Azure's CFO on May 1, 2023, two months before the July 13, 2023 corrective disclosure (¶224). Agrawal's demotion occurred amid internal investigations (¶197), multiple executive resignations (¶¶219-227), auditor resignations (¶¶214-218), and an adverse auditor's report which found "significant discrepancies or inconsistencies between the expert opinions and management's estimates." (¶202). |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

|  |  |
|---|---|
|  | • The dismissal of auditors Ernst & Young on November 26, 2021, amid corruption concerns at Azure after receipt of the First Whistleblower Complaint. ¶214.<br><br>*See also* FS3, *supra*. |

| False Statement No. 12 | Category: Commissioning |
|---|---|

| <center>Speaker, Date, Medium<br>Defendants Azure and Subramanian; December 13, 2021; Earnings Call</center> ||

| <center>False or Misleading Statement or Omission:</center> ||
| No. 12: **We commissioned 158-megawatt AC capacity and 188-megawatt DC capacity during the quarter. As of today, we have completed and commissioned 500 megawatts out of 600 megawatts in our Rajasthan 6 project and balance 100 megawatts is to be commissioned in this month**. ¶137. ||

| <center>Reasons Why False</center> | <center>Facts Giving Rise to a Strong Inference of Scienter</center> |
|---|---|
| The above statements surrounding commissioning were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, as a result, Azure did not timely commission their projects as evidenced by:<br><br>*See* FS9, *supra*. | • Plaintiff alleges that Defendant Subramanian was one of the Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints were lodged (¶¶68, 78, 83) and who committed the fraud alleged, and therefore knew his statements were false when made.<br><br>• Defendant Subramanian suspiciously relinquished his duties on April 26, 2022 (¶220) amid internal investigations (¶197), delays in filing the 20-F (¶159) other executive resignations (¶¶219-227), and auditor resignations (¶¶214-218).<br><br>*See also* FS9, *supra*. |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| False Statement No. 13 | Category: Safety |
|---|---|
| Speaker, Date, Medium<br>Defendants Azure and Subramanian; December 13, 2021; Earnings Call | |
| False or Misleading Statement or Omission:<br>No. 13: I'm happy to report we have also recently won the Greentech Effective Safety Culture Award for 2021 from the Greentech Foundation and the OHS Award from Grow Care India in these areas, **which signifies the efforts we have put in to ensure safety culture, which is now embedded across the project locations and site**s. ¶139. | |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because Azure did not focus on safety or ensure it was putting in a safety culture across all project locations and sites and, instead, was routinely deviating from safety protocols, as evidenced by:<br><br>*See* FS4, *supra.* | *See* FS4, *supra.* |

| False Statements No. 14 (a)-(c) | Category: Commissioning |
|---|---|
| Speaker, Date, Medium<br>Defendants Azure and Gupta; January 3, 2022; Press release on Azure's website | |
| False or Misleading Statement or Omission:<br>No. 14(a): Azure Power . . .today announced **the successful commissioning of its largest project – 600 MWs Interstate Transmission System (ISTS) connected solar project,** allocated by Solar Energy Corporation of India (SECI). The project is in Bikaner, Rajasthan and the power generated from the project will be supplied to SEC at a tariff of INR 2.53 ( ~US 3.5 cents) per kWh for 25 years. This **is the largest solar power project in India, owned and operated at a single location by any developer.**<br><br>No. 14 (b): Azure Power has commissioned this project in phases, **with the last 100 MWs commissioned this month**. Following this, **Azure Power has 2510 MWs of high- performing operational solar assets** spread across the country. | |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| |
|---|
| No. 14 (c): Despite the challenges and while prioritizing the health and safety of all our employees and communities, **we have managed to deliver high performing assets** and are extremely proud of achieving yet another milestone in our journey towards a more resilient and sustainable future," says Ranjit Gupta, MD and CEO, Azure Power. ¶141. |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements surrounding the successful commissioning of the 600 MW project in Rajasthan were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, as a result, Azure did not timely commission their projects as evidenced by:<br><br>*See* FS9, *supra.* | *See* FS9, *supra.* |

| False Statements No. 15(a) and (b) | Category: Megawatts Operating and Electricity Generation |
|---|---|

| Speaker, Date, Medium |
|---|
| Defendants Azure and Gupta; February 25, 2022; Press release attached to a Form 6-K signed by Gupta |

| False or Misleading Statement or Omission: |
|---|
| No. 15(a): **Megawatts ("MWs") Operating\* were 2,523 MWs, as of December 31, 2021, an increase of 37% over December 31, 2020. Operating, Contracted & Awarded MWs\* were 7,425 MWs, as of December 31, 2021**. ¶143.<br><br>No. 15(b): **Electricity generation during the quarter and nine-months ended December 31, 2021, was 1,068 million kWh and 3,181 million kWh, respectively, an increase of 284 million kWh or 36%, over the quarter ended December 31, 2020, and an increase of 744 million kWh or 31%, over the nine months ended December 31, 2020**. ¶144. |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated as a result of the Individual Defendants' alleged corruption, data manipulation and kickback and bribery scheme, as evidenced by:<br><br>*See* FS3, *supra.* | *See* FS11, *supra.* |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| False Statement No. 16 | Category: Commissioning |
|---|---|
| Speaker, Date, Medium Defendants Azure and Gupta; February 25, 2022; Press release attached to a Form 6-K signed by Gupta | |
| False or Misleading Statement or Omission: No. 16: **We commissioned 313 MWs AC during the three months ended December 31, 2021, and 533 MWs AC during the nine months ended December 31, 2021, against 153 MWs AC (236 MWs DC) during the comparative three months and 179 MWs AC (264 MWs DC) during the nine months ended December 31, 2020**. ¶146. | |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements surrounding commissioning were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, as a result, Azure did not timely commission their projects as evidenced by: (a) Defendants' admission in the January 25, 2023 Press Release and in the 2022 Form 20-F that a project with SECI had shortfalls in generation and that it failed to timely complete and commission the requisite contractually required capacity resulting in liability for damages and penalties for shortfalls in generation and for not commissioning the full capacity required under its PPA in a timely manner; and estimated that contingent liabilities on account of delayed commissioning aggregated to INR 390 million (US$ 5.2 million) (¶97); (b) The auditor's report in the 2022 Form 20-F provided that "[i]n one of the projects, certain employees of the Group obtained a premature plant commissioning certificate after submitting inaccurate data" (¶202); | *See* FS9, *supra*. |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| (c) A March 30, 2023, Economic Times article entitled "Before Azure Power's Results a Project Awaits Rollout," revealed a "source in the know of the development" who was quoted stating, "[t]he whistle-blower has alleged the company got a commercial operation date certificate (COD) without the project being fully commercially operational," and "the new management is waiting for the project to reach COD before announcing the audited result" (¶130);<br><br>(d) Azure's disclosure in January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalization, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process." ¶¶98, 202-03. | |

| False Statements No. 17(a) and (b) | Category: Megawatts Operating and Electricity Generation |
|---|---|
| <div align="center">Speaker, Date, Medium<br>Defendants Azure, Gupta, and Agrawal; February 28, 2022; Earnings Call</div> ||
| <div align="center">False or Misleading Statement or Omission:</div><br>No. 17(a): Defendant Gupta stated, **[w]e had 37% more megawatts operating in quarter 2 – quarter 3 this year than we did at the same time last year**. ¶148.<br><br>No. 17(b): Defendant Agrawal stated, As of December 31, 2021, **we were operating 2,523 megawatts on a PPA or AC basis, which is 37% higher than what we were operating a year before. Our portfolio was at 7,425 megawatts at the end of the quarter**, which includes signed PPAs for 2,933 megawatts and another 1,537 megawatts for which PPAs are awaited. ¶149. ||
| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter<br>*See* FS11, *supra.* |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated as a result of the Individual Defendants' alleged corruption, data manipulation and kickback and bribery scheme, as evidenced by:<br><br>*See* FS3, *supra*. | |

| False Statement No. 18 | Category: Commissioning |
|---|---|
| <center>Speaker, Date, Medium<br>Defendants Azure and Subramanian; February 28, 2022, Earnings Call</center> | |

<center>False or Misleading Statement or Omission:</center>

No. 18: **Our largest project, 7,600-megawatt Rajasthan 6, is now fully commissioned**, and we expect it to deliver superior performance to our portfolio from the next fiscal onwards. **The second 300-megawatt Rajasthan 8 is also in line to be fully commissioned shortly**. And even though Rajasthan 9 was impacted due to **supply-related challenges, we will persevere**. While this is about our under construction projects, we are very excited about our 4-gigawatt projects where we now have signed PPAs for almost 3 gigawatts, and we look forward to bringing these up to shovel-ready stage very quickly. ¶151.

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements surrounding the successful commissioning of the 7,600 MW and 300 MW projects in Rajasthan were materially false and misleading when made because Azure's employees, including the Individual Defendants named herein, personally engaged in the alleged corruption, data manipulation and kickback and bribery scheme and, as a result, Azure did not timely commission their projects as evidenced by:<br><br>*See* FS16, *supra*. | *See* FS12, *supra*. |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| False Statement No. 19 | Category: Safety |
|---|---|
| Speaker, Date, Medium<br>Defendants Azure and Subramanian; February 28, 2022; Earnings Call | |
| False or Misleading Statement or Omission:<br>No. 19: **Similarly, safety is one aspect that is paramount to us. The awards that we won for our safety culture, as I reported last time, demonstrate our efforts in this area**. ¶153. | |

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because Azure did not focus on safety or ensure it was putting in a safety culture across all project locations and sites and, instead, was routinely deviating from safety protocols, as evidenced by:<br><br>*See* FS4, *supra*. | *See* FS4, *supra*. |

| False Statements No. 20(a) and (b) | Category: Commissioning/Megawatts Operating and Electricity Generation |
|---|---|
| Speaker, Date, Medium<br>Defendant Azure; March 14, 2022; Press release on Azure's website | |
| False or Misleading Statement or Omission:<br>No. 20(a): Azure Power . . . announced **full commissioning of its 300 MWs Interstate Transmission System (ISTS) connected solar project**, Rajastjan 8, allocated by Solar Energy Corporation of India (SECI). The project is in Bhadla, Rajasthan and the power generated from the project is being supplied to SECI at tariff of INR 2.58 (~ US $3.7 cents) per kWh for 25 years.<br><br>No. 20(b) Following this, **Azure Power has now operationalized 2,683 MWs of high-performing renewable energy assets** in India. ¶155. | |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| Reasons Why False | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|
| The above statements were materially false and misleading when made because MWO and electricity generation were overstated and Azure did not timely commission its projects as represented because the Individual Defendants engaged in the alleged corruption, data manipulation and kickback and bribery scheme causing Azure's business and financial conditions were materially to be worse than represented as evidenced by:<br><br>(a) Defendants' admission in the January 25, 2023 Press Release and 2022 Form 20-F that they had to restate "reported" MWs Operating downward to 2,666 for Fiscal 2022 as result of admitted data manipulations and improper payments reported in the Second and Third Whistleblower Complaints for Fiscal 2022 (¶¶95-96);<br><br>(b) Defendants' admission in the 2022 Form 20-F, that Azure identified inconsistencies in project data for a number of projects in Fiscal 2022 and 2023 and that certain of Azure's executives, which Plaintiffs believe to be Defendants Gupta and Subramanian who were terminated in April 2022, "were involved in an apparent scheme with persons outside the Company to make improper payments in relation to a project," which required Azure to record a de-capitalization adjustment of US\$ 3.4 million (¶¶192-94, 197 201);<br><br>(c) The auditor's report in the 2022 Form 20-F provided that "[i]n one of the projects, certain employees of the Group obtained a premature plant commissioning certificate after submitting inaccurate data" (¶202);<br><br>(d) Defendants' admission on August 29, 2022, August 31, 2022, and January 25, 2023, that for the last three years, there was affirmative "evidence of manipulation and misrepresentation of | • Plaintiff alleges that Defendants Gupta and Subramanian were the Key Managerial Personnel (¶61); certain former executives (¶93); former executive officers (¶195); former executives (¶197); and member of the Group (¶202) whose roles were relinquished (¶71); against whom the whistleblower complaints were lodged (¶¶68, 78, 83) and who committed the fraud alleged, and therefore knew their statements were false when made.<br><br>• Defendants received several anonymous whistleblower reports throughout the Class Period, which alleged manipulation and misrepresentation of project data, mismanagement of funds, and inaccurate record keeping, which spurred an investigation into internal controls over financial reporting and disclosure of the findings to the U.S. SEC and DOJ. ¶¶78, 85, 89.<br><br>• Defendants received several anonymous whistleblower reports in June and July 2021, which investors later learned led to more whistleblower complaints, several of which asserted irregularities in commissioning procedures and that Azure's "Key Managerial Personnel" and "executives" engaged in "corrupt conduct in acquisition of land, improper use of political connections, special treatment of certain employees, and payment of kickbacks" in relation to the acquisition and use of land in Rajasthan. ¶¶211-213, 83.<br><br>• The magnitude of the manipulation and corruption that occurred had such a big impact that Azure had to: (i) restate Megawatts Operating; (ii) record an adjustment to "decapitalize" certain assets; (iii) conduct numerous expensive investigations that required the assistance of outside consultants; (iv) replace its auditors multiple times; (v) lose its listing on the NYSE; (vi) |

30

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | |
|---|---|
| project data by some employees," including "corrupt payments" and a "failures to provide accurate information both internally and externally" related to at least four large projects, which Defendants viewed as "serious issues," and were forced to report to the SEC and DOJ (¶¶78, 88-100, 170-172; 193-198); | violate its debt covenants; and (vii) receive a going concern auditor option—among other negative material impact on the Company's financial and operational results, which undoubtedly would have come to the attention of all of Azure's executives ¶210. |
| (e) Defendants' admission in the January 25, 2023 Press Release that, with respect to at least one customer, Azure incurred "shortfalls in generation" from not "timely commissioning [] the full capacity required under the PPA," resulting in "shortfalls in generation," subjecting the Company to overstating reported megawatts and liquidated damages under the customer PPA estimated at US $5.2 million (¶97); | • The dismissal of auditors Ernst & Young on November 26, 2021, amid corruption concerns at Azure after receipt of the First Whistleblower Complaint. ¶214. |
| | • S.R. Batliboi resigned on July 10, 2023, just days before the mandated 2022 Form 20-F was supposed to be filed, because Azure intentionally withheld information about the impact of the whistle blower complaints. ¶215. |
| (f) Azure's disclosure in January 2023 Press Release and in the 2022 Form 20-F that Azure's internal controls over financial reporting were inadequate and that "[m]anagement has identified material weaknesses in the design and operating effectiveness of internal control over financial reporting in relation to land acquisition process, assets capitalisation, vendor selection criteria and monitoring of management review controls inter-alia including those related to significant estimates and financial statement closing process" (¶¶98, 202-03); | • ASA & Associates LLP was appointed to complete only the "Company's US GAAP consolidated financial statements for Fiscal 2022," and did so with a harsh adverse opinion, due in part to, Defendants obtaining a premature plant commissioning certificate after submitting inaccurate data. ¶¶202, ¶216. |
| | • Azure admitted that auditor resignations "may generate negative publicity," and "cause investors to lose confidence in our financial reporting." ¶217. |
| (g) The March 30, 2023, Economic Times article entitled "Before Azure Power's Results, a Project Awaits Rollout," revealed a "source in the know of the development" who was quoted stating, "[t]he whistle-blower has alleged the company got a commercial operation date certificate (COD) without the project being fully commercially operational," and "[t]he new management is waiting for the project to reach COD before announcing the audited result." (¶130). | • Defendants admitted that data manipulation at Azure was so extensive that it impacted multiple projects and required further investigation into all of the Company's material projects for three years. ¶228 |
| | • Defendants reported to SECI that Azure experienced "shortfalls in generation" of electricity due to Azure's failure to "timely commission[] [to] the full capacity required under a PPA," and SECI responded that they may assess damages and penalties as |

31

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | a result. ¶230. Given Defendants affirmative representations that they were monitoring key metrics and their subsequent admissions that those results were in fact false, they either knew that their statements regarding operating, financial, and commissioning results were inaccurate and overstated at the time they were made or recklessly disregarded Azure's widespread data manipulation and corruption in making such statements. ¶231. |
|---|---|
| | • Defendants regularly touted their "centralized monitoring station" and ability to "monitor and analyze plant performance at the project site," in "real-time," which was available to executive level management. Thus, the Individual Defendants were immediately aware of the data manipulation, shortfalls in generation data, or irregularities in energy generation disclosed on January 25, 2023 at the time they occurred. ¶¶232-236. |
| | • "Senior Management" took a "keen interest" in "connect[ing] directly with the site employees and workers" so they could "understand the workings on ground," and Defendant admitted that management and the board of directors visit the plants which supports that Defendants knew about false reporting of data, safety issues and corrupt payments occurring at multiple Azure plants during the Class Period. ¶¶237-238. |
| | • Defendants regularly violated Azure's own internal policies, such as its Anti-Bribery and Corruption policy, the Audit Committee Charter, and Azure's Code of Business Conduct and "determined that internal controls over financial reporting were ineffective due to inadequacy of certain review controls including control failures in financial statement closing procedures, controls pertaining to capitalization, vendor selection process, land acquisition, documentation on testing of control attributes and completeness and accuracy of reports used |

Lokman v. Azure Power Global Limited, et al., Case No. 1:22-cv-7432
Statements Alleged to be False and/or Misleading

| | including inadequate consideration in designing of risk and controls matrices." ¶¶245-248. |
|---|---|
| | • Defendants were motivated to conceal and obscure their corrupt misconduct and data manipulation in hopes they could fully commission to their contractually required capacity and, *inter alia*, continue securing projects before anyone noticed, because Azure's long-term viability was otherwise in jeopardy. ¶¶58-60, 130, 194-95, 202. |

33