**Levi & Korsinsky**

1111 Summer St., Suite 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

Shannon L. Hopkins
shopkins@zlk.com

January 10, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/25
```

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Gregory H. Woods
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 2260
New York, NY 10007

      Re:    *Lokman v. Azure Power Global Limited et al.*, Case No. 1:22-cv-07432-GHW (the "Action")

Dear Judge Woods:

      We write on behalf of lead plaintiff Serap Lokman ("Plaintiff") to further update the Court regarding the results of the December 4, 2024 mediation (the "Mediation"). ECF 114. On December 13, 2024, the Parties submitted a letter to the Court indicating that discussions with the mediator were still ongoing and requested until January 10, 2025 to try and resolve the case, which the Court endorsed. ECFs 115 and 116. With the benefit of additional time, the Parties are pleased to report that a settlement has been reached. The Parties have executed a term sheet and are working to prepare and finalize a full stipulation of settlement within ninety days of this letter, or by April 10, 2025, upon which Plaintiff will also move for preliminary approval of the settlement.

      The Parties are available to discuss the above at the Court's convenience.

Respectfully submitted,

*/s/ Shannon L. Hopkins*

Shannon L. Hopkins
LEVI & KORSINSKY LLP

*Attorneys for Plaintiff and the Class*

cc:    All counsel of record via ECF

---

The Court thanks the parties for this status update. If the parties have not submitted an application for the Court for preliminary approval of the settlement by April 17, 2025, the parties are directed to submit a letter regarding the status of the case on that date. In light of the anticipated settlement, Defendants' pending motions to dismiss, Dkt. Nos. 102, 105, are deemed to have been withdrawn. Defendants may refile these motions in the event that the settlement is not consummated. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 102 and 105.

SO ORDERED.

Dated: January 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge