UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, and PAWAN KUMAR AGRAWAL, <br><br> Defendants. | Case No. 1:22-cv-7432 <br><br> Hon. Gregory H. Woods |

### LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO: All Parties and Their Counsel of Record:

PLEASE TAKE NOTICE that, based upon the Stipulation and Agreement of Settlement dated April 11, 2025 (the "Stipulation") and exhibits thereto, attached hereto as Exhibit 1; the accompanying memorandum of law; the accompanying Declaration of Shannon L. Hopkins and exhibits thereto; and all other papers and proceedings herein, Lead Plaintiff Serap Lokman hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (1) preliminarily approving the proposed Settlement; (2) certifying a Settlement Class for purposes of effectuating this Settlement; (3) approving the form and plan of notice to the Settlement Class; and (4) scheduling a final approval hearing at which this Court will, among other things, consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses.[1] The Parties' agreed-upon [Proposed] Order

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Granting Preliminary of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement is submitted with this motion, as Exhibit A to the Stipulation.  Defendants do not oppose the Motion, in accordance with the terms of the Stipulation.

DATED: April 14, 2025                              Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
Gregory M. Potrepka (GP-1275)
Andrew E. Lencyk (AL-4329)
David C. Jaynes (admitted *pro hac vice*)
Morgan M. Embleton (admitted *pro hac vice*)
Amanda D. Foley (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
alencyk@zlk.com
djaynes@zlk.com
membleton@zlk.com
afoley@zlk.com

*Lead Counsel for Plaintiff and the Class*