**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, and PAWAN KUMAR AGRAWAL,<br><br>        Defendants. | Case No. 1:22-cv-7432<br><br><br>Hon. Gregory H. Woods |

**LEAD COUNSEL'S MOTION FOR AN**
**AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF**
**LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF**

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF No. 123), Lead Counsel Levi & Korsinsky, LLP hereby move the Court for an entry of an Order awarding attorneys' fees in the amount of one third of the Settlement Fund (or $23,000,000.00, plus interest accrued thereon), reimbursement of litigation expenses in the total amount of $107,069.18 (plus interest accrued thereon), and an award to Lead Plaintiff Serap Lokman in the amount of $10,000 each, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on the accompanying Memorandum of Law in support thereof; the Declaration of Shannon L. Hopkins in Support of (I) Lead Plaintiff's Unopposed Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff; the Declaration of Shannon L. Hopkins in support of these motions; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants do not oppose the relief requested.[2]

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement, dated April 11, 2024.  *See* ECF No. 119-1.

[2] A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: August 1, 2025                    Respectfully submitted,

                                         **LEVI & KORSINSKY, LLP**

                                         By: */s/ Shannon L. Hopkins*
                                         Shannon L. Hopkins (SH-1887)
                                         Gregory M. Potrepka (GP-1275)
                                         Andrew E. Lencyk (AL-4329)
                                         David C. Jaynes (admitted *pro hac vice*)
                                         Morgan M. Embleton (admitted *pro hac vice*)
                                         Amanda D. Foley (admitted *pro hac vice*)
                                         1111 Summer Street, Suite 403
                                         Stamford, CT 06905
                                         Telephone: (203) 992-4523
                                         Facsimile: (212) 363-7171
                                         shopkins@zlk.com
                                         gpotrepka@zlk.com
                                         alencyk@zlk.com
                                         djaynes@zlk.com
                                         membleton@zlk.com
                                         afoley@zlk.com

                                         *Lead Counsel for Plaintiff and the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: August 1, 2025                                        *<u>/s/ Shannon L. Hopkins</u>*
                                                                          Shannon L. Hopkins

3