# Exhibit 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-7432-GHW |
| Plaintiff, | |
| v. | Hon. Gregory H. Woods |
| AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, and PAWAN KUMAR AGRAWAL, | |
| Defendants. | |

**DECLARATION OF SERAP LOKMAN IN SUPPORT OF (I) LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF**

SERAP LOKMAN declares as follows:

1.  I, Serap Lokman, am the Court-appointed Lead Plaintiff in the above-captioned action (the "Action"). ECF No. 38. I respectfully submit this declaration in support of: (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff, including the request of a reimbursement award to me in the amount of $10,000 for my representation of the Settlement Class in this Action.

2.  I am aware of and understand the responsibilities and requirements of a representative plaintiff in a securities class action, including those defined in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. I have personal knowledge of the facts set forth herein, and I have been directly involved in overseeing the prosecution of this Action and the negotiations leading to the Settlement. If called upon as witnesses, I could and would testify competently to these matters.

## I.  LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.  By Order dated December 8, 2022, the Court: (i) appointed me to serve as Lead Plaintiff in this Action; and (ii) approved my selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") to serve as Lead Counsel. ECF No. 38.

4.  In fulfillment of my responsibilities as Lead Plaintiff, I worked closely with Levi & Korsinsky throughout the litigation and resolution of this Action.

5.  Throughout the litigation, I received status updates from Levi & Korsinsky on case proceedings and regularly communicated with my attorneys, Shannon L. Hopkins and Gregory M. Potrepka, as well as other attorneys from Levi & Korsinsky, regarding the prosecution of the Action, the strengths of the claims and risks of continued litigation, the mediation of this Action,

1

and settlement negotiations.

6.      In carrying out my duties as Lead Plaintiff, I spent approximately 47.25 hours performing all of the work I have done in this Action for the direct benefit of the Settlement Class. The various tasks I performed include, but are not limited to:

    a.  producing my trading records to Levi & Korsinsky and discussing same with counsel;

    b.  moving to be appointed Lead Plaintiff in this Action, consulting with counsel regarding the motion and reviewing the motion papers, including my declaration in support of the motion, as well as the Court's order appointing me as Lead Plaintiff;

    c.  reviewing the amended complaint and second amended complaint filed on my behalf and the factual bases of the allegations set forth therein;

    d.  reviewing significant pleadings, motion papers, and orders filed in this Action;

    e.  participating in discussions with Levi & Korsinsky regarding potential sources of discovery in preparation for responding to Defendants' requests for the production of documents and gathering documents to fulfill my discovery obligations;

    f.  communicating regularly with Levi & Korsinsky concerning the progress of this Action, monitoring news about the case and about the Company, and communicating with counsel about such news;

    g.  consulting with Levi & Korsinsky regarding settlement negotiations and providing authorization to settle the Action through mediation;

    h.  preparing for and participating in the Mediation; and

i.    discussing with counsel, evaluating and approving the proposed Settlement.

7.    In short, I have done my best to strongly promote the interests of the Settlement Class and to obtain the largest possible recovery for the Settlement Class under the circumstances.

## II.    APPROVAL OF THE SETTLEMENT

8.    As detailed in the above paragraphs, through my active participation in this Action, I was well-informed of the status and progress of the litigation, as well as the status and progress of the settlement negotiations through my discussions with my counsel in the time period leading up to the mediation, my attendance at the mediation, and through subsequent discussions with my counsel.

9.    Based on my involvement in the prosecution and resolution of the claims asserted in this Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

## III.    LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

### A.    Attorneys' Fees and Expenses

10.    While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees and expenses and for a Lead Plaintiff award, rests with the Court, I believe Lead Counsel's request for an award of attorneys' fees in the amount of one-third of the Settlement Fund, plus interest accrued thereon, is fair and reasonable in light of the work  Lead Counsel performed on behalf of the Settlement Class.

11.    I evaluated Lead Counsel's fee request by taking into consideration the quality and quantity of the work performed, the recovery obtained for the Settlement Class including as compared to the best-case scenario had the case proceeded through trial, and the risks borne by

Lead Counsel in prosecuting this Action on my behalf and on behalf of the Settlement Class on a fully contingent basis, including the advancing of all expenses. I support this fee request and have authorized it for the Court's ultimate determination.

12.     I further maintain that the litigation expenses for which Lead Counsel has requested reimbursement are reasonable and represent expenses necessary for the prosecution and resolution of the claims asserted in this Action. Based upon the foregoing, and consistent with my obligation to the Settlement Class to obtain the most favorable result at the most efficient cost, I support Lead Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses in full.

### B.     Request for Lead Plaintiff Award

13.     It is my understanding that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. §78u-4(a)(4). For this reason, concurrently with Lead Counsel's request for reimbursement of expenses, I respectfully request a Lead Plaintiff award directly relating to my representation of the Settlement Class in this Action.

14.     I respectfully request reimbursement in the amount of $10,000 for the time that I devoted to participating in this Action. I make this request based on the conservative estimate that I dedicated approximately 47.25 hours to the litigation-related actions described in ¶6, *supra*.

15.     During the time of this litigation I was co-owner of two companies in Turkey and the time I dedicated toward representing the Settlement Class in this Action was time that I otherwise would have spent carrying out my responsibilities in those positions or on other activities, and thus, represented a cost to me.  It is my belief that the above request for reimbursement is fair and reasonable and that the time and effort I devoted to this Action was imperative to help achieve an excellent result for the Settlement Class under the circumstances.

4

## IV.   CONCLUSION

16.    In conclusion, I endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in this declaration and respectfully request that the Court approve: (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; (ii) Lead Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) my request for a Lead Plaintiff award for my time and effort prosecuting this Action on behalf of the Settlement Class.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  July ___, 2025
        7/30/2025

DocuSigned by:

49F4D6D8C3284B0...

Serap Lokman