**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERAP LOKMAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-7432-GHW |
| Plaintiff, | |
| v. | Hon. Gregory H. Woods |
| AZURE POWER GLOBAL LIMITED, RANJIT GUPTA, MURALI SUBRAMANIAN, and PAWAN KUMAR AGRAWAL, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF DAWN M. CODY REGARDING: (A) MAILING AND EMAILING OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Dawn M. Cody, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Project Manager at Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  Pursuant to the Court's April 30, 2025 Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF No. 123) (the "Preliminary Approval Order"), the Court approved the retention of Angeion as the Claims Administrator in connection with the Settlement in the above-captioned Action.[1]

2. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated April 11, 2025, ECF No. 119-1 (the "Stipulation").

3.      I submit this Declaration to supplement the Declaration of Dawn M. Cody Regarding: (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date (the "Initial Mailing Declaration") dated July 30, 2025, which was previously filed with the Court (ECF No. 129-1).

## UPDATE ON DISSEMINATION OF THE POSTCARD NOTICE

4.      As more fully stated in my Initial Mailing Declaration, as of July 30, 2025, a total of 22,467 Postcard Notices had been disseminated to potential Settlement Class Members and their nominees, including 11,498 sent via email and 10,969 sent via First-Class Mail. Since the date of the Initial Mailing Declaration, Angeion has sent an addition 767 Postcard Notices via First-Class mail.

5.      Therefore, as of the date of this Declaration, a total of 23,234 Postcard Notices have been disseminated to potential Settlement Class Members. In addition, Angeion has remailed a total of 43 Postcard Notices to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were obtained through address verification searches.

## UPDATE ON TOLL-FREE TELEPHONE NUMBER

6.      Angeion continues to maintain the case specific, toll-free telephone number, 877-853-4123, with an Interactive Voice Response ("IVR") system to accommodate potential Settlement Class Members with questions about the Action and the Settlement. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours. Angeion will continue to update the IVR as necessary throughout the administration of the Settlement.

## UPDATE ON SETTLEMENT WEBSITE

7.      As reported in the Initial Mailing Declaration, Angeion designed, implemented, and currently maintains a case specific website, www.AzureSecuritiesSettlement.com, which became

operational on May 21, 2025. At the request of Lead Counsel, shortly after their filing with the Court on August 1, 2025, Angeion posted downloadable copies of the following documents on the website:  (a) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 125); (b) Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 126); (c) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff (ECF No. 127); (d) Lead Counsel's Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff (ECF No. 128); and (e) Declaration of Shannon L. Hopkins in Support of (I) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff (ECF No. 129).  Angeion will continue to update the website with relevant information and Court Documents throughout the administration of the Settlement.

### UPDATE ON INCOMING MAIL

8.      Angeion has monitored all mail that has been delivered to the mailing address, which would include requests for exclusion from the Settlement Class, objections to the Settlement, Claim Forms, and other administrative mail. All mail has been reviewed, processed, and responded to in a timely manner. Angeion will continue to monitor all mail received throughout the administration of the Settlement.

### REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

9.      The Postcard Notice and the Long-Form Notice informed potential Settlement Class Members that written requests for exclusion were to be received no later than August 15, 2025. As of the date of this declaration, Angeion has not received any exclusion requests.

10.     Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Lead Plaintiff, are required to submit their objection in writing such that the request is received by all members of counsel for the Settling Parties and filed with the Court no later than August 15, 2025. Despite these instructions, Settlement Class Members occasionally send objections to the Claims Administrator rather than to counsel and the Court. As of the date of this Declaration, Angeion has not received any objections, and is not aware of any objections being filed with the Court.

## CLAIMS RECEIVED TO DATE

11.     Pursuant to the Preliminary Approval Order, Claims were to be submitted no later than August 29, 2025. As of the date of this Declaration, Angeion has received a total of 1,144 Claims.

12.     During the claims administration process, Angeion will review and process all Claims received, will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims, if applicable, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August 2025 in Milwaukee County, Wisconsin.

_____
Dawn M. Cody